# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Asia Gaines

                              Plaintiff,

v.                                                    Case No.: 1:19−cv−00775
                                                    Honorable John Z. Lee

Chicago Board Of Education, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 22, 2021:

      MINUTE entry before the Honorable Sheila M. Finnegan: Magistrate Judge telephone motion hearing held on 6/22/2021, and continued to 6/24/2021 at 11:15 a.m. as to Defendants' Motion for Protective Order [139]. Pro se Defendant Tyler did not appear. For reasons stated on the record, the motion is granted in part and denied in part as moot. The motion's request for an order barring Plaintiff from deposing certain persons and quashing subpoenas issued to 2 non−party reporters is denied as moot since the parties were able to resolve the dispute prior to the hearing. The motion's request for the Court's assistance in establishing the final procedural safeguards for depositions of the minor plaintiff and his minor sister is granted. The parties appear to be in agreement on the procedural safeguards with 2 exceptions: (1) payment of a neutral to monitor the deposition, and (2) which attorney will first question the witnesses −− Plaintiff's counsel or counsel for defendant Haynes who noticed the depositions. The first dispute is now moot since there is no need for a neutral. Instead, the parties have agreed that the depositions will proceed on 6/30/2021 at 10 a.m. and 1 p.m. respectively in Courtroom 2214, so this Court will be able to quickly enter the courtroom to hear and resolve any disputes and ensure compliance with the procedural safeguards. As to the second dispute, the parties are to provide a list of supporting cases (citations only) by 6/23/2021. At the next telephone hearing (6/24/2021 at 11:15 a.m.), the Court will hear argument on this dispute and then rule from the bench. After this, the parties will submit a proposed order reflecting all of the procedural safeguards (including those that were agreed before the motion was filed) for entry prior to the depositions. The toll−free number for the next hearing is 877−336−1831, access code 5995354. Persons granted remote access to proceedings are reminded of the prohibition against recording and rebroadcasting of court proceedings.Mailed notice(sxw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and

criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.