# EXHIBIT A

## **AFFIDAVIT OF SERVICE**

UNITED STATES DISTRICT COURT
District of Illinois

Case Number: 19CV00775

Plaintiff:
**Asia Gaines**

vs.

Defendant:
**The Chicago Board of Education, et al.**

For:
Law Offices of Al Hofeld, Jr.
1525 East 53rd Street, Ste 832
Chicago, IL 60604

Received by Clutter Investigations Inc. DBA Courthouse Courier on the 27th day of October, 2021 at 1:09 pm to be served on **CBS Broadcasting, Inc., c/o Illinois Corporation Service Company, 801 Adlai Stevenson Dr, Springfield, IL 62703**.

I, Michelle Tomlin, being duly sworn, depose and say that on the **27th day of October, 2021** at **3:42 pm, I**:

served a **CORPORATION** by delivering a true copy of the **Subpoena to Produce Documents, Information, or Object or to Permit Inspection of Premises in a Civil Action, and witness fee check in the amount of $40.00** with the date and hour of service endorsed thereon by me, to: **Lyle Neeman** as **Document Specialist** for **CBS Broadcasting, Inc.**, at the address of: **c/o Illinois Corporation Service Company, 801 Adlai Stevenson Dr, Springfield, IL 62703**, and informed said person of the contents therein, in compliance with all applicable law.

**Description** of Person Served: Age: 71, Sex: M, Race/Skin Color: White, Height: 5'4, Weight: 195, Hair: Grey, Glasses: Y

I being first duly sworn on oath, states that I am over 18 years of age and not a party to this lawsuit. Under penalties of perjury as provided by law, pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the above statement is true and correct.

Subscribed and Sworn to before me on the 27th day of October, 2021 by the affiant who is personally known to me.

NOTARY PUBLIC

OFFICIAL SEAL
SUSAN E LEEPER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 06-09-2022

**Michelle Tomlin**
129-316088

**Clutter Investigations Inc. DBA Courthouse Courier**
1 West Old State Capitol Plaza
Suite 818
Springfield, IL 62701
(217) 528-5997

Our Job Serial Number: CLU-2021001683

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1z

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Illinois

| | |
|---|---|
| Asia Gaines </br></br> *Plaintiff* </br> v. </br> The Chicago Board of Education, et al. </br></br> *Defendant* | ) </br> ) </br> ) Civil Action No. 19-cv-00775 </br> ) </br> ) </br> ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: CBS Broadcasting, Inc. C/O Illinois Corporation Service Company
801 Adlai Stevenson Dr., Springfield, IL 62703

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: All video outtakes of CBS2 Chicago reporter Dave Savini's complete interviews with Jo'Maury Champ and Juanita Tyler in 2018 and 2019

| Place: Law Offices of Al Hofeld, Jr., LLC </br> 30 N. LaSalle St. Suite 3120 </br> Chicago, IL 60602 | Date and Time: </br></br> 11/16/2021 10:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 10/26/2021

CLERK OF COURT

_____   OR   _/s/ Al Hofeld_____
*Signature of Clerk or Deputy Clerk*             *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Asia Gaines, on behalf of her minor son, JC , who issues or requests this subpoena, are:

Al Hofeld Jr., 30 N. LaSalle St., Suite 3120, Chicago, IL 60602, al@alhofeldlaw.com, 773-241-5844

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

Case: 1:19-cv-00775 Document #: 188-1 Filed: 11/17/21 Page 4 of 4 PageID #:1243

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 19-cv-00775

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* CBS Broadcasting Inc on *(date)* 10-27-2021.

☒ I served the subpoena by delivering a copy to the named person as follows: Lyle Neeman, Doc Spec. C/O IL Corp Service Company, 801 Adlai Stevenson Dr. Springfield IL on *(date)* 10-27-2021; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 10-27-2021

*Server's signature*

Michelle Tomlin - process server
*Printed name and title*

1 W Old State Capitol Plaza Ste 818
Springfield IL 62701
*Server's address*

Additional information regarding attempted service, etc.: