# **Exhibit B**

## May 3, 2023 Deposition Transcript of Juanita Tyler

(to be filed under seal upon ruling on Defendant's motion to file under seal)