# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Asia Gaines

                                      Plaintiff,

v.                                                          Case No.: 1:19–cv–00775
                                                               Honorable Matthew F. Kennelly

Chicago Board Of Education, et al.

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 27, 2024:

        MINUTE entry before the Honorable Matthew F. Kennelly: Plaintiff's motion for leave to file the appearances of Julia Rickert, Scott Rauscher, and Maria Makar [386] is granted. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.