# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Asia Gaines

                        Plaintiff,

v.                                                            Case No.: 1:19–cv–00775
                                                                                      Honorable Matthew F. Kennelly

Chicago Board Of Education, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 7, 2024:

      MINUTE entry before the Honorable Matthew F. Kennelly: Lead counsel for each party in this case––which appears to the Court to be Al Hofeld, Jr. for plaintiffs; Thomas O'Carroll for defendant Haynes; Andrew Rima for defendant Tyler; and Brian Kolp for defendant Board of Education––are ordered to show cause in writing by the close of business today (August 7, 2024) why they should not be sanctioned pursuant to 28 USC 1927, the Court's inherent authority, or otherwise for their noncompliance with the Court's order of June 25, 2024 directing the filing of a <u>joint</u> status report. The parties' separate status reports (one for plaintiff, one for all defendants) do not comply with the Court's order. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.