# EXHIBIT A



# INVESTIGATIVE REPORT

| | |
|---|---|
| File Number: | 8659 |
| Date: | February 4, 2019 |
| To: | James Ciesil |
| From: | Latasha Finley (Arc Light) |
| Subject: | Kristen Haynes |
| Type of Incident: | Negligent Supervision of Students |
| School: | George W. Tilton Elementary School |
| Network: | 5 |

On Tuesday, September 25, 2018, Ms. **Latasha Finley**, the Reporting Investigator (R/I), was assigned to investigate an allegation of Negligent Supervision of Students against Ms. **Kristen Haynes**, ID# ████ a teacher, assigned to George W. Tilton Elementary School (Tilton).

According to Event Detail Report number 1529539, submitted on Friday, September 21, 2018, at 10:21 a.m., by Ms. **Sylvia Hodge, ID#** ████ principal, it is alleged that on Wednesday, September 19, 2018, Ms. Haynes contacted J████'s aunt (Ms. **Juanita Tyler** AKA **Angel**, AKA **The Lady**, AKA **J████'s Grandmother**), to report that J████ was misbehaving in class, and requested that Ms. Tyler come to the school. On Thursday, September 20, 2018, at about 9:30 a.m., Ms. Tyler visited Ms. Haynes' classroom where Ms. Haynes provided Ms. Tyler with a belt that Ms. Haynes kept stored in her classroom closet, *"to scare"* J████ with, then allowed Ms. Tyler to take J████ into a restroom where Ms. Tyler struck J████ with the belt, resulting in bruises on J████'s legs and back.

Ms. Hodge stated that on Friday, September 21, 2018, at about 1:30 a.m., Mr. **Santino Romero**, ID# ████ from the CPS Safety and Security Department, telephoned, and informed her of the DCFS notification regarding the allegation against Ms. Haynes and the assigned Intake Number 13621408.

On or about Tuesday, September 25, 2018, the R/I contacted Ms. Hodge, reaching her at 773/534-6746, to inform her that on Monday, October 1, 2018, the R/I would visit Tilton to conduct student interviews.

*Investigative Report – George W. Tilton Elementary School*
*Page 2*

On or about Tuesday, September 25, 2018, the R/I was informed by Mr. **Mike Mahone**, Principal Investigator at Arc Light Investigative Services that Chicago Police Department Detectives **Jose Diaz** and **Alice Casanova** were assigned to conduct the investigation of this matter.

On Friday, September 28, 2018, at about 10:45 a.m., the R/I attempted to reach Detectives Diaz and Casanova, at 312/744-4057. No one answered the call and the voice mail was not activated.

On Friday, September 28, 2018, 4:20 p.m., Ms. Hodge sent an email to Ms. **Libby Massey**, CPS Senior Assistant General Counsel, stating, *"Good Afternoon Ms. Massey, Investigator Finley is coming to Tilton Monday, October 1, 2018 on behalf of CPS to investigate 10 students regarding the incident with K. Haynes. I have not been able to get 10 students. Parents have stated that they do not want their children questioned. Please advise next steps."*

On Monday, October 1, 2018, at about 9:30 a.m., the R/I visited Tilton for the purpose of conducting interviews in furtherance of this investigation.

On that same date, at about 9:45 a.m., the R/I interviewed Ms. Hodge. Ms. Hodge stated that she had been employed by CPS for 24 years, assigned as the assistant principal at Tilton for two years, and as the principal at Tilton for the past three years.

Ms. Hodge stated that Ms. Haynes is a fourth and fifth-grade math, and homeroom teacher. Ms. Hodge stated that J▓ is a fourth-grade student in Ms. Haynes' class.

Ms. Hodge stated that on Friday, September 21, 2018, at about 1:30 a.m., Mr. Romero called her cellular phone, 773/991-6167, from a telephone number that she did not recall. Ms. Hodge stated that Mr. Romero informed her that on Thursday, September 20, 2018, Ms. **Asia Gaines**, mother of student, J▓ C▓ M, DOB: ▓ SI# ▓, called DCFS to report that Ms. Tyler struck J▓ with a belt given to her by Ms. Haynes.

Ms. Hodge stated that on that same date, at about 7:30 a.m., she called Ms. Haynes, at 312/501-0559, from her cellular phone, 773/991-6167, to inform Ms. Haynes, that Ms. Gaines reported that on Thursday, September 20, 2018, Ms. Tyler had struck J▓ with a belt provided to her by Ms. Haynes. Ms. Hodge stated that Ms. Haynes told her that she was unaware that Ms. Tyler had struck J▓ with a belt.

Ms. Hodge stated that on Friday September 21, 2018, at about 9:30 a.m., Ms. Gaines arrived at the school accompanied by J▓ and met with Ms. Hodge in her office. Ms. Hodge stated that Ms. Gaines alleged that on Wednesday, September 19, 2018, Ms. Haynes contacted Ms. Tyler via Facebook Messenger regarding J▓ behavior in class.

*File#: 8659*

*Investigative Report – George W. Tilton Elementary School*
*Page 3*

Ms. Hodge stated that Ms. Gaines said that on Thursday, September 20, 2018, Ms. Tyler came to the school, and went to Ms. Haynes' classroom, room 204, where Ms. Haynes provided Ms. Tyler a belt for the purpose of whipping J▬. Ms. Gaines alleged that Ms. Tyler, took J▬ to the restroom, where she struck J▬ with the belt provided by Ms. Haynes.

Ms. Hodge stated that Ms. Gaines informed her that she did not associate with Ms. Tyler, who is the paternal great-aunt of J▬ and his sister, N▬ C▬ F, DOB: ▬ SI# ▬, who is also a fourth-grade student in Ms. Haynes' class, did not know Ms. Tyler.

Ms. Hodge stated that J▬ told her that Ms. Tyler struck him about 12 times on the buttocks with a belt, and struck him with her hand once, on the face. Ms. Hodge stated that she did not observe any marks or bruises on J▬'s face. Ms. Hodge stated that she did not notice any marks or bruises on J▬'s arms and she did not recall if he was wearing a short-sleeved shirt. Ms. Hodge stated that Ms. Gaines informed her that J▬ had marks on his buttocks and back. Ms. Hodge stated that she was unsure if Ms. Gaines took J▬ to a doctor or emergency room.

Ms. Hodge stated that she was unaware that Ms. Haynes possessed belts and stored them in her classroom closet. Ms. Hodge stated that there were no other adults in Ms. Haynes' classroom, room 204, or in the hallway during the alleged incident. Ms. Hodge stated that there are no security cameras in the classrooms or the second-floor hallway. Ms. Hodge stated that as a result of this incident, she and Ms. Gaines discussed a safety plan for J▬.

Ms. Hodge stated that she had attempted to obtain consent for the R/I to interview the students in J▬'s class, but only obtained consent from Ms. **Chandra Dates** for the interview of her daughter, student, K▬ B▬ F, DOB: ▬ S/I# ▬.

On or about Friday, September 21, 2018, Ms. Hodge created a safety plan for J▬ as follows.

- "J▬ *will follow his regular schedule*
- *In the morning the counselor* (Ms. **Patricia Holliday, ID#** ▬ *counselor*), *physiologist,* (Mr. **Brian Apollo, ID#** ▬ *school psychologist) or social worker* (Ms. **Harriet Lang, ID#** ▬ *social worker) will check in with* J▬
- *Mr. Mitchell* (Mr. **Gilbert Mitchell, ID#** ▬ *senior security officer and dean of students), Ms. Elrod* (**Quishon Elrod, ID#** ▬ *assistant principal), and Mrs. Hodge will visit the classroom periodically to see if* J▬ *is working well in class*
- J▬ *will speak to Mr. Mitchell, Ms. Elrod, and Mrs. Hodge is*[sic] *he has issues*
- J▬ *will be allowed to call his mom if he needs to talk to her*

*File#: 8659*

*Investigative Report – George W. Tilton Elementary School*
*Page 4*

- J▮▮▮ teachers, dean (Mr. **Mitchell Gilbert**, ID# ▮▮▮▮ dean of students), *and staff will contact Asia Gains/mother concerning J*▮▮▮ *as needed"*

"On Sept 26, 2018 Ms. Gains said she did not want J▮▮▮ to talk/meet with J▮▮▮ Ms Gains stated that she did not want J▮▮▮ to talk to anyone related to CPS. Ms. Gains said she would come to the school to get a packet for referrals to outside counseling from Mr. Apollo, , school physiologist[sic]."

The safety plan created by Ms. Hodge, on or about Friday, September 21, 2018, for J▮▮▮ will be included with this report as Attachment A.

On Monday, October 1, 2018, at about 10:30 a.m., the R/I interviewed Ms. Elrod. Ms. Elrod stated that she had been employed by CPS for nine years and assigned as the assistant principal at Tilton for four months, since August 2018.

Ms. Elrod stated that on Monday, September 24, 2018, at about 11:00 a.m., Detectives Diaz and Casanova arrived at the school requesting to interview J▮▮▮ and several students from his class. Ms. Elrod stated that Ms. Hodge was out of the building, so she escorted Detectives Diaz and Casanova to Ms. Hodge's office.

Ms. Elrod stated that on this same date, J▮▮▮ was absent from school, so the detectives conducted a telephone interview with J▮▮▮ reaching him on his mother's cellular phone, 312/483-5412. Ms. Elrod stated that J▮▮▮ told the detectives that on Thursday, September 20, 2018, *"the lady"* struck him several times, *"hard"* while they were in the restroom, with a belt provided to her by Ms. Haynes.

Ms. Elrod stated that on that same date, at about 11:30 a.m., she was present when Detectives Diaz and Casanova interviewed students, J▮▮▮ L▮▮▮ M, DOB: ▮▮▮ SI# 50288907 and K▮▮▮ both fourth-grade students in Ms. Haynes' class; and students K▮▮▮ B▮▮▮ M, DOB: ▮▮▮ SI# ▮▮▮, and K▮▮▮ A▮▮▮ F, DOB: ▮▮▮ SI# ▮▮▮, both fifth-grade students in Ms. Haynes' class.

Ms. Elrod stated that Detectives Diaz and Casanova asked each student two questions: *"how is discipline handled in Ms. Haynes' classroom?"* and *"do you know anything about belts?"* Ms. Elrod stated that all four students responded that they had heard that Ms. Haynes had two belts in her closet that she called *"Mr. Brown and Mr. Black,"* but the students had not seen the belts.

Ms. Elrod stated that after the detectives interviewed the students, they took photos of a black and a brown belt in Ms. Haynes' classroom, room 204, closet, then took possession both belts.

*File#: 8659*

*Investigative Report – George W. Tilton Elementary School*
*Page 5*

On Monday, October 1, 2018, at about 10:45 a.m., the R/I interviewed K███. K███ stated that she is a student in Ms. Haynes' class, and J███ and N███ are her classmates.

K███ stated that there is a small closet next to the front door of the classroom where Ms. Haynes stores math books, supplies, and students' cellular phones. K███ stated that Ms. Haynes also keeps a long black and a long brown belt in the closet hanging on a hook on the inside of the door.

K███ stated that in September 2018, during the first week of school, Ms. Haynes told the class, *"the belts are not for students who are good. They are for parents to whip their children if they're being bad or disrespectful."* K███ stated that she had never heard Ms. Haynes say that the belts in her closet were for students whose pants were sagging (hanging below the waistline).

K███ stated that once the class arrived on the second floor, she observed J███'s grandmother standing by Ms. Haynes' classroom door. K███ stated that Ms. Haynes' unlocked the door and allowed all of the students except J███ to enter the classroom. K███ stated that Ms. Haynes told J███ to stand in the doorway with his grandmother while she spoke to his grandmother. K███ stated that she did not recall what Ms. Haynes and J███'s grandmother discussed as they stood by the door. K███ stated that the rest of the class began removing their coats and book bags to prepare to eat breakfast. K███ stated she was standing near the door and observed when Ms. Haynes and J███'s grandmother walked with J███ towards the restroom. K███ stated that the restroom is at the end of the hallway and can be seen from the door of Ms. Haynes' classroom. K███ stated that Ms. Haynes returned to the classroom quickly. K███ stated that she was unsure if Ms. Haynes or J███'s grandmother had belts in their hands when they left the classroom.

K███ stated that about ten minutes later, when J███ returned to the classroom, he was crying, softly. K███ stated that J███ wiped his face before sitting down in his chair. K███ stated that J███'s grandmother told him, *"don't let it happen again."* K███ stated that she did not recall if J███'s grandmother handed the belts to Ms. Haynes.

On Monday, October 1, 2018, at about 6:15 p.m., the R/I attempted to reach Detectives Diaz and Casanova at 312/744-8266. The R/I left a voice message requesting a return call.

On that same date, at about 6:30 p.m., the R/I contacted Mr. **Joseph Champ**, J███'s father, reaching him at 773/627-4203. Mr. Champ provided the R/I with Ms. Tyler's cellular phone, 773/664-4012.

*File#: 8659*

BOE 000178

*Investigative Report – George W. Tilton Elementary School*
*Page 6*

On Thursday, October 4, 2018, at about 10:00 a.m., the R/I attempted to reach Detectives Diaz and Casanova at 312/744-8266. The R/I left a voice message requesting a callback.

On Saturday, October 6, 2018, at about 2:10 p.m., the R/I interviewed Ms. Tyler, reaching her at 773/664-4012. Ms. Tyler acknowledged that her first name is Juanita, and that she is also known as Angel. Ms. Tyler stated that she is J▮▮▮▮▮'s paternal great-aunt. Ms. Tyler stated that she and her brothers, Mr. Champ and Mr. **Raymond Tyler** (AKA Ray), were associates of Ms. Haynes, who was raised in the same neighborhood. Ms. Tyler stated that she and Ms. Gaines were not on speaking terms and that she had not met J▮▮▮▮ and N▮▮▮ before she visited Tilton on Thursday, September 20, 2018.

Ms. Tyler stated that on Wednesday, September 19, 2018, at about 7:35 p.m., Ms. Haynes, sent a message via Facebook Messenger to Ray that stated, *"need a favor. I have N▮▮ and J▮▮▮▮▮ C▮▮▮ as my students. I believe your sister in [sic] their grandmother. Can you please have her to send me her number? I have the father Chub (Mr. Champ) # but I was told granny is the only one J▮▮▮ scared of. Thanks so much."*

Ms. Tyler stated that on the same date, at about 8:00 p.m., Ms. Haynes, called her cellular phone, 773/664-4012, from 312/501-0559. Ms. Tyler stated that she knew Ms. Haynes because they were raised in the same neighborhood. Ms. Tyler stated that Ms. Haynes informed her that she obtained Ms. Tyler's cellular phone number from Ray. Ms. Tyler stated, *"Haynes called to see if someone could come to the school about J▮▮▮▮ acting up because she couldn't reach Chub (Mr. Champ)."* Ms. Tyler stated that she told Ms. Haynes that she would come to the school the following day.

When asked if she had Ms. Gaines' permission to act on her behalf, Ms. Tyler responded, *"they momma (Ms. Gaines) don't like me; we don't get along."* When asked if she intended to go to the school to *"whip"* J▮▮▮▮ Ms. Tyler responded, *"I wouldn't hit them (J▮▮▮▮ and N▮▮▮), Ms. Gaines would call the police on me."*

Ms. Tyler stated that on Thursday, September 20, 2018, at about 8:30 a.m., before the school day had begun, she arrived at the school, signed in, and was allowed by security, (Ms. **Beatrice Starks**, ID# ▮▮▮▮▮▮ security officer), to proceed to Ms. Haynes' second-floor classroom, room 204. Ms. Tyler stated that she walked up the stairs and stood in the doorway of the classroom, room 204, waiting for Ms. Haynes' class to arrive. Ms. Tyler stated that when Ms. Haynes and the students arrived, Ms. Haynes allowed everyone except J▮▮▮▮ to enter the classroom. Ms. Tyler stated that she asked Ms. Haynes if she could use the restroom. Ms. Tyler stated that Ms. Haynes asked her, *"do you need a belt?"* Ms. Tyler stated that at the time, she did not know why Ms. Haynes asked her if she needed a belt. Ms. Tyler stated that she told Ms. Haynes that she did not need a belt, but Ms. Haynes gave her two belts, anyway. When asked to describe the belts, Ms. Tyler replied, *"I did not even look at them belts to seen what color they was."*

*File#: 8659*

*Investigative Report – George W. Tilton Elementary School*
*Page 7*

Ms. Tyler stated that Ms. Haynes then led her and J▮ down the hall to the restroom. Ms. Tyler stated that Ms. Haynes unlocked the restroom door, then walked back towards her classroom, room 204, as she and J▮ entered the restroom.

Ms. Tyler stated that she gave J▮ the belts to hold. Ms. Tyler stated, *"I had him wait while I took a piss. I told him that he had to start behaving in class and do what the teacher say."* Ms. Tyler stated that she and J▮ were in the restroom for less than ten minutes. Ms. Tyler stated that she walked J▮ back to class and gave him a hug. Ms. Tyler stated that when J▮ walked to his table and sat down he was not crying. Ms. Tyler stated that she then left the building.

Ms. Tyler denied striking J▮ with a belt. Ms. Tyler stated that Ms. Gaines is accusing her of being untruthful about her striking J▮ with a belt, because Ms. Gaines did not get along with Ms. Tyler.

The message, sent on Wednesday, September 19, 2018, at 7:35 p.m., via Facebook Messenger, from Ms. Kristen Haynes to Mr. Tyler, will be included with this report as Attachment B.

On Saturday, October 6, 2018, at about 2:45 p.m., the R/I contacted Ms. Gaines, for the purpose of interviewing her, reaching her at 815/345-7037, but Ms. Gaines declined to be interviewed.

On Tuesday, October 9, 2018, at about 12:00 p.m., Ms. Gaines contacted the R/I, from her cellular phone, 312/483-5412. Ms. Gaines stated that the number she was calling from was her second cellular phone number. Ms. Gaines apologized for not wanting to previously speak to the R/I and stated that she and J▮ were ready to provide a statement regarding Ms. Haynes allowing Ms. Tyler to come to the school and whip J▮.

Ms. Gaines stated that she does not have a relationship with Angel. Ms. Gaines stated that J▮ and N▮ have never met Angel. Ms. Gaines stated that at no time did she give the school's personnel permission to allow Angel to act on her behalf.

J▮ stated that on Thursday, September 20, 2018, he entered the school, picked up his breakfast, and walked to the second-floor with Ms. Haynes and his classmates. J▮ stated that when the class arrived on the second floor, he saw the lady waiting by the classroom door.

J▮ stated that the other students went inside the classroom, but Ms. Haynes stopped him at the door. J▮ stated that while they stood in the doorway, Ms. Haynes briefly spoke to the lady, who told him that she was his aunt.

*File#: 8659*

BOE 000180

*Investigative Report – George W. Tilton Elementary School*
*Page 8*

J▓ stated that this was the first time he had seen the lady. J▓ stated that Ms. Haynes asked the lady if she needed a belt, but J▓ did not recall the lady's response. J▓ stated that Ms. Haynes gave the lady the black and the brown belts, which were both long, from the classroom closet then they held each of his arms and walked him to the restroom down the hall from Ms. Haynes' classroom. J▓ stated that Ms. Haynes unlocked the restroom door, then walked away, leaving him with the lady.

J▓ stated that there was no one else in the restroom besides he and the lady. J▓ stated that once they were inside the restroom, the lady told him to pull down his pants, but he refused. J▓ stated that the lady became angry and began to strike him on his back and legs about 12 times with the belt. When asked how he knew how many times the lady struck him, J▓ replied, *"I know it was a lot."* J▓ stated that he did not recall which belt the lady used to hit him. J▓ stated that he cried when the lady whipped him. J▓ stated that when the lady finished whipping him with the belt, she walked him back to class, gave the belts to Ms. Haynes, then left the classroom.

J▓ stated that on Thursday, September 20, 2018, when school was dismissed, he told his aunt, Ms. **Tiara Taylor**, who picked him up from school, that the lady came to school and whipped him with a belt.

Ms. Gaines stated that on Thursday, September 20, 2018, at about 2:00 p.m., she received a call from her sister, Ms. Taylor, 773/598-6749, stating that J▓ told her that Angel had come to the school, took him into a restroom, and struck him twelve times with Ms. Haynes' belt. Ms. Gaines stated that she immediately called Ms. Haynes' cellular phone, 312/501-0559, but Ms. Haynes did not answer the call.

Ms. Gaines stated that on that same date at about 4:40 p.m., she received a text message from Ms. Haynes and engaged in the following exchange.

| | |
|---|---|
| 4:40 p.m. - Ms. Haynes: | *"I just got out of my meeting give me a call back* |
| 4:43 p.m. - Ms. Gaines: | *"Why ya'll let Angel come up there I don't mess with her I'm up set"* |
| 4:56 p.m. - Ms. Haynes: | *"Are you at work."* |
| 4:57 p.m. - Ms. Haynes: | *"Can you talk?"* |
| 5:04 p.m. - Ms. Gaines: | *"My son got a whoop on him I'm taking him to the doctor they want think I did it"* |
| 5:05 p.m. - Ms. Gaines: | *"Why I'm hurt"* |

The described text messages, dated Thursday, September 20, 2018, from 4:40 p.m. to 5:05 p.m., between Ms. Gaines and Ms. Haynes, will be included with this report as Attachment C.

*File#: 8659*

*Investigative Report – George W. Tilton Elementary School*
*Page 9*

Ms. Gaines stated that on the evening of Thursday, September 20, 2018, when she returned home from work, J▇ told her that a lady hit him with a belt. Ms. Gaines stated that it was at this time that she also observed several red marks and bruises on the left side of J▇'s back and left thigh. Ms. Gaines stated that she used her cellular phone to take photos of J▇'s back and left thigh.

On Tuesday, October 9, 2018, at 1:10 p.m., Ms. Gaines sent the R/I two photos of what she described as J▇'s back and left thigh. The R/I observed a photo of two dark red lines, approximately one inch in width and six inches in length, identified by Ms. Gaines as J▇'s back. The R/I observed a photo of several red and yellowish colored marks in a circular pattern, identified by Ms. Gaines as J▇s left thigh.

The photo, that Ms. Gaines reported taken on Thursday, September 20, 2018, of two dark, red lines, approximately one inch in width and six inches in length, identified by Ms. Gaines as J▇'s back, will be included with this report as Attachment D.

The photo, that Ms. Gaines reported taken on Thursday, September 20, 2018, of several red and yellowish marks in a circular pattern, identified by Ms. Gaines as J▇ left thigh, will be included with this report as Attachment E.

Ms. Gaines stated that on Friday, September 21, 2018, at about 6:00 p.m., she took J▇ to West Suburban Hospital in Oak Park, Illinois. Ms. Gaines stated that J▇s diagnosis, which was listed on the Discharge Transition Record, as back and thigh abrasions. Ms. Gaines stated, *"she (Ms. Haynes) was supposed to protect my child. Why did she leave him alone with her (Angel)?* The Discharge Transition Record, dated Friday, September 21, 2018, at 18:05 (6:05 p.m.), for J▇ C▇, listing his diagnosis as back and thigh abrasions, will be included with this report as Attachment F.

Ms. Gaines stated that on that same date, at about 8:30 p.m., she called DCFS to report that Ms. Tyler had struck J▇ with a belt. Ms. Gaines stated that on that same date, at about 10:30 p.m., Detectives Diaz and Casanova arrived at her home to complete a police report, number JB444213.

Ms. Gaines stated that on the afternoon of Friday, September 21, 2018, Ms. **Deisy Anaya**, a DCFS investigator, visited to her home to speak to J▇ and took photos of his back and left thigh.

Ms. Gaines stated that on Friday, September 21, 2018, at about 9:00 a.m., she arrived at the school and met with Ms. Hodge to report that Ms. Haynes allowed Angel to whip J▇ with a belt. Ms. Gaines stated that Ms. Hodge assured her that Ms. Haynes would be investigated and that a safety plan would be created for J▇

*File#: 8659*

*Investigative Report – George W. Tilton Elementary School*
*Page 10*

On Thursday, October 4, 2018, at about 9:45 a.m., the R/I interviewed Ms. Haynes in the presence of Ms. **Jennifer K. Poltrock**, attorney. Ms. Haynes stated that she had been employed by CPS and assigned as a teacher at Tilton for 15 years. Ms. Haynes stated that she teaches science and math in her second-floor classroom to approximately 26 fourth and fifth-grade students.

Ms. Haynes stated the girls' restroom is next door to her classroom and the boys' restroom is down the hall from her classroom. Ms. Haynes stated that the students go to the restroom as a class or in groups of three, with a hall pass.

Ms. Haynes stated that the students keep their coats and book bags in small cubicles in the classroom. Ms. Haynes stated that she collects everyone's cellular phone in the morning and returns them at the end of the day. Ms. Haynes stated that she keeps the student's cell phone in a small vertical closet next to the front classroom door, which she locks with a combination lock. When asked what else she kept in the closet, Ms. Haynes responded, *"pencils, drinking cups, books, supplies, cones, computer speaker, personal radio."* Ms. Haynes stated that she keeps her bag (purse) at her desk.

Ms. Haynes stated that the students at Tilton are required to wear uniforms. Ms. Haynes stated that girls are required to wear a gold shirt with khaki black shorts, skirts/dresses, or pants. Ms. Haynes stated that the boys are required to wear a gold shirt and khaki black pants. Ms. Haynes stated that she does not require that her students wear a belt.

When asked if she kept anything else in her closet, like belts, Ms. Haynes stated, *"I keep belts in the closet for sagging pants."* (pants worn below the waistline). Ms. Haynes stated, *"this year, no one has had sagging pants."* Ms. Haynes stated that she has had the imitation leather, men's belts, which are about one and one-half foot wide, in her classroom closet for five or six years. Ms. Haynes stated that during this same time, maybe one or two students needed to wear the belt, but returned the belt at the end of the day.

Ms. Haynes stated, *"in the beginning of each new school year, I go over rules, policies, and procedures. If a student continues any disruptive behavior in my class, such as talking, arguing, fighting, or talking back, to the point when I can't teach and kids can't concentrate, then I call their parents."*

Ms. Haynes stated that she does not have a personal emergency list for each student and relies on the contact list from student records.

*File#: 8659*

*Investigative Report – George W. Tilton Elementary School*
*Page 11*

Ms. Haynes stated that she has known J▮ since the 2014 – 2015 school year when he was in kindergarten. Ms. Haynes stated that prior to J▮ becoming a student in her class, his teachers would send him to her class when he misbehaved because she was always able to calm him down.

Ms. Haynes stated that the 2018 – 2019 school year is the first time she has had J▮ as a student. Ms. Haynes stated that J▮ often disrupts the class by talking and getting out of his seat without permission.

Ms. Haynes stated that when students misbehave, in addition to calling their parents, she also informs the principal. Ms. Haynes stated that if the misbehavior continues or becomes a distraction to the other students, she requests a parent conference. Ms. Haynes stated that if a child was ever out of control, she would use the classroom intercom to request security's assistance.

Ms. Haynes stated that on Wednesday, September 19, 2018, during the entire day, J▮ was disrupting the class by talking, humming, and would not follow her instructions. Ms. Haynes stated that since the school year began, she has called Ms. Gaines a number of times regarding J▮s behavior, but J▮s behavior had not improved.

Ms. Haynes stated that on Wednesday, September 19, 2018, in the evening, she was at home scrolling through her timeline on Facebook. Ms. Haynes stated that during this process, she remembered that she was Facebook friends with Angel and Ray. Ms. Haynes stated that she grew up in the same neighborhood as Angel and Ray and thought it would be a good idea to reach out to them, in hopes of locating Ms. **Mona Tyler**, J▮s paternal aunt, who the kids call grandma, because she knew J▮ was afraid of her. Ms. Haynes stated that she did not request Ms. Gaines' permission before attempting to contact Ms. Mona Tyler.

Ms. Haynes stated that on that same date, she sent Ray a message via Facebook Messenger that stated, *"need a favor. I have N▮ and J▮ C▮ as my students. I believe your sister in[sic] their grandmother. Can you please have her to send me her number? I have the father Chub # but I was told granny (Ms. Mona Tyler) is the only one J▮ scared of. Thanks so much."*

Ms. Haynes stated that on that same date, at about 8:00 p.m., Ray responded to her Facebook message with Angel's cellular phone number, 312/501-0559. Ms. Haynes stated that she then called Ms. Tyler from her cellular phone, 773/664-4012. Ms. Haynes stated that she told Ms. Tyler that she was unable to reach Mr. Champ and needed assistance from Ms. Mona Tyler regarding J▮ being disruptive in class. Ms.

*File#: 8659*

*Investigative Report – George W. Tilton Elementary School*
*Page 12*

Haynes stated that Ms. Tyler agreed to come the school the following day in the place of Ms. Mona Tyler.

Ms. Haynes stated that on Thursday, September 20, 2018, at about 9:00 a.m., when she arrived at her classroom with her students, m she saw Angel waiting by her classroom door. Ms. Haynes stated that Angel stood by the classroom door as the students entered the classroom to put their bags and coats away. Ms. Haynes stated that Angel, entered the classroom and stood next to the open closet door. Ms. Haynes stated that Angel, grabbed the belts out of the closet asked if she could speak to J███ someplace quiet. Ms. Haynes denied that she asked Angel, "*do you need a belt?*" Ms. Haynes stated that she told J███ to get out of his seat to come stand by the classroom door with her and Angel. Ms. Haynes stated that she took J███ and Angel to the boys' restroom. Ms. Haynes stated that she unlocked the door, let them into the restroom, then returned to her classroom.

Ms. Haynes stated that on that same date, at about 9:15 a.m., Angel and J███ returned to the classroom. Ms. Haynes stated that when J███ returned from the restroom, had a smirk on his face, said good-bye to her, and then, she left. Ms. Haynes stated that as she continued prepping the students for the day J███ put his jacket and book bag in his cubicle, then sat at his desk to eat breakfast.

When asked if Angel returned the belts when she brought J███ back to class, Ms. Haynes responded, "*I didn't see the belts until the end of class on the floor in the closet.*" Ms. Haynes stated that she did not ask J███ about what happened when Angel took him to the restroom.

Ms. Haynes stated, "*I thought she was going to scare him with the belt.*" When asked if she thought it was okay for J███ to be threatened with a belt, Ms. Haynes responded, "*at the time, I did. I was out of options.*" Ms. Haynes stated that she did not notice a mark or bruise on J███'s face or arms.

Ms. Haynes stated that on Thursday, September 20, 2018, the students were dismissed at 1:00 p.m. Ms. Haynes stated that at dismissal, she walked her class down the stairs, then stayed downstairs completing various tasks. Ms. Haynes stated that on that same date, at about 4:30 p.m., she returned to her class and saw a missed call from Ms. Gaines. Ms. Haynes stated that she immediately sent Ms. Gaines a text message and learned that Angel hit J███. Ms. Haynes stated, "*I had no intentions of giving her a belt so she could physically whip him. He never said he got a whipping. He wasn't crying.*" Ms. Haynes denied giving Angel the black and brown belts from her closet.

On Tuesday, October 30, 2018, at about 5:30 p.m., Detective Casanova returned the R/I's call and left a voice message for the R/I to return the call.

*File#: 8659*

BOE 000185

*Investigative Report – George W. Tilton Elementary School*
*Page 13*

On or about Tuesday, October 30, 2018, in the evening, the R/I returned Detective Casanova's call at 312/744-8266. A voice message was left for Detective Casanova to return the R/I's call.

On Monday, January 14, 2019, at about 8:00 p.m., the R/I attempted to contact Detective Casanova at 312/744-8266, and requested that she return the R/I's call.

On Wednesday, January 16, 2019, at about 12:30 p.m., the R/I attempted to reach Ms. Anaya at her office, 312/793-4296, and on her cellular phone, 312/965-1775, to obtain information regarding her investigation against Ms. Haynes. A message was left at both telephone numbers requesting that Ms. Anaya return the R/I's call.

On that same date, at about 5:15 p.m., Ms. Anaya returned the R/I's call. Ms. Anaya stated that she unfounded the allegation that Ms. Haynes allowed Ms. Tyler to whip J▇ with a black or brown belt from her classroom closet because, *"there was no proof that Haynes caused the injuries."*

On Friday, January 18, 2019, at about 10:00 a.m., the R/I visited Tilton for the purpose of conducting interviews in furtherance of this investigation.

The R/I measured the distance between Ms. Haynes' classroom, room 204, and the boys' restroom, (which was locked) where Ms. Tyler whipped J▇ The distance is approximately 30 yards. Two photos, taken by the R/I on Friday, January 18, 2019, of the closet in Ms. Haynes' classroom where Ms. Haynes stored a black and a brown belt, will be included with this report as Attachment G and Attachment H.

A photo, taken by the R/I on Friday, January 18, 2019, of hallway between Ms. Haynes' classroom and the boys' restroom, where Ms. Tyler whipped J▇ will be included with this report at Attachment I.

Photos, taken by the R/I on Friday, January 18, 2019, of the entrance to the boys' restroom as well as the inside where Ms. Tyler whipped J▇ will be included with this report as Attachment J.

On that same date, at about 10:40 a.m., the R/I interviewed Ms. Hodge in the presence of Ms. **Kelly Tarrant**, Team Leader, of the Law Department's Investigative Unit.

Ms. Hodge stated that Ms. Haynes is a tenured teacher who teaches fourth and fifth-grade math and reading. Ms. Hodge stated that on or about Tuesday, September 25, 2018, she contacted about half of the 30 parents of students in Ms. Haynes' class to obtain consent for the R/I to interview students.

*File#: 8659*

*Investigative Report – George W. Tilton Elementary School*
*Page 14*

The R/I requested a print out of the students in Ms. Haynes' classroom, room 204, and asked that Ms. Hodge check off the names of the students whose parents were contacted.

Ms. Hodge stated that she only recalled calling the parents of K█████ J█████, and student, N████ C███ F, DOB: █████ SI# █████. Ms. Hodge did not object when the R/I informed her that additional student interviews were required.

Ms. Hodge stated that the boys' bathroom near Ms. Haynes' classroom, room 204, remains locked because kids liked to hide in it. Ms. Hidge also stated that it is in need of major repairs for approximately two years.

Ms. Hodge stated that on the morning of, Thursday, September 20, 2018, Ms. Starks, signed Ms. Tyler in at the security desk, and at the request of Ms. Haynes, when Ms. Tyler arrived, she was allowed to proceed upstairs to Ms. Haynes' classroom, room 204,. Ms. Hodge stated that she recalled seeing Ms. Tyler at the security desk that morning and being introduced by Ms. Starks as J█████'s aunt. Ms. Hodge stated that this was the first time she had met Ms. Tyler. Ms. Hodge stated that she was not aware that while upstairs, Ms. Tyler whipped J█████.

Ms. Hodge stated that on Friday, September 21, 2018, at about 7:30 a.m., after receiving a notification of this incident from Safety and Security, at 1:30 a.m. that morning, she contacted Ms. Haynes on her cell phone 312/501-0559, from her cell phone, 773/991-6167. Ms. Hodge stated that she informed Ms. Haynes of the allegation that she had allowed Ms. Tyler to whip J█████ with a belt that she kept stored in her classroom, room 204, closet. Ms. Haynes stated that she informed Ms. Haynes that it was best if she stayed home for the day.

On Friday, January 18, 2019, at about 11:30 a.m., the R/I interviewed Ms. Starks in the presence of Ms. Tarrant. Ms. Starks stated that she had been employed by CPS for 39 years and assigned as a security officer at Tilton for 13 years. Ms. Starks stated that her work hours are from 7:30 a.m. – 3:00 p.m., but she usually remains at the school until 4:30 p.m., to ensure the halls are clear after the students are dismissed at 3:45 p.m.

Ms. Starks stated that all visitors are required to sign in at the security desk upon entering the building. Ms. Starks stated that after signing in, visitors usually enter the main office, which is a few feet away from the security desk. Ms. Starks stated that if a teacher is expecting a visit from a parent, they inform her prior to the parent's arrival.

Ms. Starks stated that it is it is not unusual for a teacher to inform her to allow parents upstairs, using the stairs or elevator, to meet the teacher in their classroom.

*File#: 8659*

*Investigative Report – George W. Tilton Elementary School*
*Page 15*

Ms. Starks stated that on Thursday, September 2018, at about 8:00 a.m., Ms. Haynes entered the building, went into the office to punch in, then told her that she was expecting J████'s aunt to arrive shortly. Ms. Starks stated that Ms. Haynes requested that she send Ms. Tyler upstairs when she arrived, which she did, after Ms. Tyler signed the visitor's log book.

Tilton's visitor's log book dated Thursday, September 20, 2018, containing Ms. Tyler's signature, but not the time that she arrived. A copy of the described visitor's log entry will be included with this report as Attachment K.

Ms. Starks states that she never heard about the incident with the belts until Friday Sept 21, 2018. Ms. Starks states that J████'s mother came in very upset on Friday (Note: she did not sign in.) That is when Ms. Starks found out what happened. Ms. Starks says that rumors began circulating and at lunch time Ms. Starks approached Ms. Haynes. Ms. Starks state that Ms. Haynes was at school on Friday Sept 21, 2018. Ms. Starks states that Ms. Haynes said that J████'s Aunt gave him a "*whoopin*". Ms. Starks states that she had the discussion with Ms. Haynes at the security desk. She states that it was about 11:45 am. Ms. Starks states that Ms. Haynes has a second period lunch.

On Friday, January 18, 2019, at about 12:00 p.m., the R/I interviewed student, E████ C████ M, DOB: ████ SI# ████, in the presence of Ms. Tarrant. Eric stated that he is a fourth-grade student in Ms. Haynes' class and a classmate of J████ S.

Eric stated that each school day between 8:30 a.m. and 8:45 a.m., the students enter the building and receive their breakfast. Eric stated that at 8:45 a.m., whichever adult staff member assigned to escort the class to Ms. Haynes' classroom, 204, that morning walk up the stairs with the students to the second floor.

Eric stated that once the students enter the classroom, they remove their coats and hang them, along with their book bags, on hooks in the classroom. Eric stated that the students then go to their seats to eat breakfast and prepare for instruction.

Eric stated that in September 2018, during the first week of school, Ms. Haynes showed the class the thick black and the brown belts she kept in the closet. Eric stated that Ms. Haynes called the belts *"Mr. Black"* and *"Mr. Brown."* Eric stated that Ms. Haynes told the class that *"the belts are for parents that whip kids."* Eric stated that if a student misbehaves, Ms. Haynes will call the student's parent so the parent can come to the school to use the belts on the student. Eric stated that the only student that had someone come to the school to use the belt is J████

*File#: 8659*

*Investigative Report – George W. Tilton Elementary School*
*Page 16*

Eric stated that on Thursday, September 20, 2018, Ms. Tyler came to the class and whipped J▉ in the boys' bathroom. E▉ stated that when he returned to class, J▉'s face was red and his eyes were watery. E▉ stated that he had not ever observed Ms. Haynes hit a student.

On that same date, between 12:30 p.m., and 2:15 p.m., the R/I interviewed the following students whose interviews were consistent with E▉

R▉ J▉, M, DOB:▉, SI#▉

R▉ has been friends with J▉ since last year. He also knows N▉ J▉'s sister. R▉ says one belt in the closet is brown and there is another one. R▉ stated "If she call your Momma and see if she had permission to whoop someone". R▉ thinks that H▉ M▉ was whooped at some time. R▉ states that his mother did not give Ms. Haynes authority to whoop him. R▉ states he saw Ms. Haynes give the belts to the Aunt and that J▉ got whooped. R▉ states that the Aunt stood in the doorway. R▉ state that closet was open. R▉ heard J▉ yelling in the bathroom. He heard him say "OK". R▉ states that the Aunt returned with J▉ and stated that if she had to come back he would get another whoopin'. R▉ stated that J▉ had tears in his eyes and he asked him what happened. R▉ stated that J▉ said the Aunt gave him a whoopin'.

S▉ C▉ F, DOB:▉ SI#▉

S▉ is in the "Expert" level of class. S▉ states that the closet is usually shut. S▉ has seen the belts before. S▉ stated that Ms. Gaines "calls the parents and asks if she has permission to whip the kids if they are bad in class." S▉ knows J▉ because she is friends with his sister. S▉ stated she did not hear J▉ yell the day he left the room. S▉ stated J▉ sits in the back of the classroom with her cousin L▉

D▉ N▉ F, DOB:▉ SI#▉

D▉ was moved up to "scholars" level. D▉ states that he has seen the black belt. D▉ states that the belt is not thick. D▉ stated "if a kid be bad she gonna call their momma and ask them do they wanna use the belt on the kid. She wanted permission." D▉ stated that his mother did not permit Ms. Haynes to whip him. D▉ states he has been friends with J▉ since Kindergarten. D▉ did not see the Aunt nor J▉ being hit. (NOTE: D▉ is sometimes in room 202 in the morning.)

A▉ B▉ F, DOB:▉ SI#▉

*File#: 8659*

BOE 000189

*Investigative Report – George W. Tilton Elementary School*
*Page 17*

A▮ has known J▮ and his sister since 2nd grade. A▮ stated that there two belts; black and brown. A▮ stated that they are long and thick belts. A▮ stated that she saw Ms. Haynes take J▮ to the bathroom. A▮ stated that J▮ was being disrespectful and got in trouble. A▮ stated that first Ms. Haynes called the parent and then Ms. Haynes took J▮ to the bathroom. A▮ stated that J▮'s face was red. A▮ stated that another teacher Ms. McGhee was in the classroom when Ms. Haynes took J▮ to the bathroom. A▮ stated that this happened in the afternoon and before Halloween.

K▮ ▮ F, DOB: ▮ SI# ▮

K▮ stated that N▮ is her friend. K▮ stated that she never heard about the Aunt and the belts. K▮ stated that Ms. Haynes would take J▮ into the bathroom and scare him with the belts. K▮ stated that Ms. Haynes got the mothers permission. K▮ stated that the belts were called Mr. Brown and Mr. Black. K▮ goes into the room 204 after lunch. She is in room 202 in the morning.

Students A▮ W▮ M, DOB: ▮ SI# 50140404 and J▮ M▮, F, DOB: ▮, SI# 50280949, were also interviewed, but stated that they had not heard that Ms. Haynes kept belts in her classroom closet to discipline students. Both students do not sit in Ms. Haynes class during the morning periods.

On Friday, January 18, 2019, at about 8:45 p.m., the R/I attempted to reach Detective Casanova, at 312/744-8266. CPD **Officer Negrete** answered the R/I's call and stated that Detective Casanova was currently on medical leave. Officer Negrete transferred the R/I's call to Detective Diaz' voicemail. The R/I left a voice message requesting that Detective Diaz return the R/I's call.

On Saturday, January 19, 2019, at about 5:00 p.m., Detective Diaz called the R/I, from 312/744-8263, and left a voice message for the R/I, requesting a return call.

On that same date, at about 5:30 p.m., the R/I interviewed Detective Diaz, reaching him at 312/744-8566. Detective Diaz confirmed that Detective Casanova, who is the lead investigator investigating the allegations against Ms. Haynes and Ms. Tyler, is currently on medical leave.

Detective Diaz stated that on Monday, September 24, 2018, he and Detective Casanova visited Tilton regarding the allegation that Ms. Haynes allowed Ms. Tyler to whip J▮ with a belt that Ms. Haynes stored in her classroom, room 204, closet. Detective Diaz stated that he observed an adult-sized black and a brown belt in Ms. Haynes closet. Detective Diaz stated that on that same date, he and Detective Casanova interviewed students. Detective Diaz stated that he did not recall the names of the students that were interviewed.

*File#: 8659*

*Investigative Report – George W. Tilton Elementary School*
*Page 18*

### INVESTIGATIVE FINDINGS

Credible evidence **does exist** to support the allegation that on Wednesday, September 19, 2018, Ms. Kristen Haynes, a teacher assigned to George W. Tilton Elementary School, contacted Ms. Juanita Angel Tyler, and requested that Ms. Tyler visit the school to discipline student, J█████ C█████.

Credible evidence **does exist** to support the allegation that on Thursday, September 20, 2018, Ms. Kristen Haynes, a teacher assigned to George W. Tilton Elementary School, provided Ms. Juanita Tyler, student, J█████ C█████'s great-aunt, with a belt with which to whip J█████.

Credible evidence **does exist** to support the allegation that on Thursday, September 20, 2018, Ms. Juanita Tyler, student, J█████ C█████'s great-aunt, took J█████ M█████ into the restroom and struck him *"hard"* about twelve times on the back and legs with the belt provided to her by Ms. Kristen Haynes, a teacher assigned to George W. Tilton Elementary School, after Ms. Haynes escorted them to the restroom and unlocked the restroom door, providing them access.

Credible evidence **does exist** to support the finding that on Thursday, September 20, 2018, Ms. Kristen Haynes, a teacher assigned to George W. Tilton Elementary School, left the students in her classroom, room 204, unattended while she escorted student, J█████ C█████ and Ms. Juanita Tyler, J█████'s great-aunt to the second-floor restroom.

Credible evidence **does exist** to support the finding that on Thursday, October 4, 2018, during her interview, Ms. Kristen Haynes, a teacher assigned to George W. Tilton Elementary School, provided false or misleading information when she stated that on Thursday, September 20, 2018, she did not provide Ms. Juanita Tyler, student J█████ C█████'s great-aunt, a black and a brown belt for the purpose of whipping J█████.

Credible evidence **does exist** to support the finding that on Thursday, October 4, 2018, during her interview, Ms. Kristen Haynes, a teacher assigned to George W. Tilton Elementary School, provided false information when she stated that on Thursday, September 20, 2018, *"I didn't see the belts until the end of class on the floor in the closet."*

*Latasha Finley*
Investigator Latasha Finley

*File#: 8659*