# EXHIBIT B

**CHICAGO POLICE DEPARTMENT**
**CASE SUPPLEMENTARY REPORT**
Case: 1:19-cv-07823 Document #: 400-2 Filed: 08/08/24 Page 2 of 19 PageID #:10377

**JB444213**

3510 S. Michigan Avenue, Chicago, Illinois 60653
(For use by Chicago Police - Bureau of Investigative Services Personnel Only)

Case id : 11452846
Sup ID : 12843240 CASR301

| CLEARED CLOSED (ARREST AND PROSECUTION) | | | DETECTIVE SUP. APPROVAL COMPLETE | |
|---|---|---|---|---|

| Last Offense Classification/Re-Classification | IUCR Code | Original Offense Classification | IUCR Code |
|---|---|---|---|
| **OFFENSE INVOLVING CHILDREN / Child Abuse** | **1750** | OFFENSE INVOLVING CHILDREN / Child Abuse | 1750 |

| Address of Occurrence | Beat of Occur | No of Victims | No of Offenders | No of Arrested | SCR No |
|---|---|---|---|---|---|
| **223 N KEELER AVE** | **1114** | 1 | 2 | 2 | |

| Location Type | Location Code | Secondary Location | Hate Crime? |
|---|---|---|---|
| **School - Public Building** | **314** | | NO |

| Date of Occurrence | Unit Assigned | Date RO Arrived | Fire Related? | Gang Related? | Domestic Related? |
|---|---|---|---|---|---|
| **20-SEP-2018 08:45 - 20-SEP-2018 09:00** | **1122** | ********************** | NO | NO | YES |

| Reporting Officer | Star No | Approving Supervisor | Star No | Primary Detective Assigned | Star No |
|---|---|---|---|---|---|
| CASANOVA, Alice | 20782 | CARABALLO, Kristine | 1094 | CASANOVA, Alice | 20782 |

| Date Submitted | Date Approved | Assignment Type |
|---|---|---|
| 29-OCT-2018 23:37 | 29-OCT-2018 23:52 | FIELD |

**THIS IS A FIELD INVESTIGATION CLEARED CLOSED (ARREST AND PROSECUTION) REPORT**

**CHILD AT RISK(S):**     **CHAMP, Nakyya**     -- Juvenile --

Female / Black / 10 Years
**DOB:** 04-APR-2008
**RES:** 3817 W West End Ave 1
Chicago IL 60624
815-345-7037
**EMPLOYMENT:** Student

**VICTIM(S):**     **CHAMP, Jomuary J**     **TYPE: Individual**     -- Juvenile --

Male / Black / 9 Years
**DOB:** 27-MAR-2009
**RES:** 3817 W West End Ave 1
Chicago IL 60624
815-345-7037
**EMPLOYMENT:** Student 4th Grade
**SCHOOL NAME:** George W. Tilton

**SOBRIETY:** Sober

**OFFENDER(S):**     **TYLER, Juanita S**     -- In Custody --

Female / Black / 55 Years
**DOB:** 26-SEP-1962
**RES:** 3638 W Thomas St 2
Chicago IL 60651
**BIRTH PL:** Illinois
**DESCRIPTION:** 5'04, 150

**JB444213**

**SCAR MARKS:** Heart Tattoo on Chest

**OCCUPATION:** Cna

**IR #:** 1016558    **CB #:** 19709323
**SID #:** 32037870    **FBI #:** 349293RA4

**RELATIONSHIP OF VICTIM TO OFFENDER:**

CHAMP, Jomuary    Aunt

## HAYNES, Kristen A    -- In Custody --

Female / Black / 50 Years

**DOB:** 16-MAY-1968

**RES:** 1715 W Lake St
Chicago IL 60612

**BIRTH PL:** Illinois

**DESCRIPTION:** 5'05,210,Black Hair, Short Hair Style, Brown Eyes, Dark Complexion

**SCAR MARKS:** Rainbow Butterfly Tattoo on Left Ankle
Taurus Head Symbol Tattoo on Upper Left Leg
Teddy Bear Tattoo on Right Hip
Indian Head Circles Around Arm Tattoo on Upper Right Arm
Cross And Prayer Hands 04-04-10 Tattoo on Chest
Olivia Cross Rose 10-11-08 Tattoo on Upper Left Arm

**OCCUPATION:** Cps School Teacher

**OTHER COMMUNICATIONS:**

Phone - Cellular :    312-501-0559
Phone - Business :    773-534-6746

**DLN/ID:** H52050168740 - IL

**IR #:** 2386754    **CB #:** 19707438

**RELATIONSHIP OF VICTIM TO OFFENDER:**

CHAMP, Jomuary    No Relationship
CHAMP, Jomuary    No Relationship

**VICTIM INJURIES**

### CHAMP, Jomuary J

| Type | Weapon Used | Weapon Description |
|---|---|---|
| Abrasion | Other | Other - Belt |

**EXTENT:** Minor

**LOCATION OF INCIDENT:** 223 N Keeler Ave
Chicago IL 60624
314 - School - Public Building

| | |
|---|---|
| **DATE & TIME OF INCIDENT:** | 20-SEP-2018 08:45 - 20-SEP-2018 09:00 |
| **MOTIVE CODE(S):** | Other |
| **CAUSE CODE(S):** | Other |
| **METHOD CODE(S):** | DNA |
| **CAU CODE(S):** | DNA |

**DOMESTIC INCIDENT INFORMATION:**

**# CHILDREN PRESENT:** 1

**VIOLATION TYPE:**
**ORDER OF PROTECTION:**
    **STATE CODE:** Illinois
**VICTIM ADVISEMENT:** Victim Advised Of Hotline Number
**VICTIM ADVISED OP PROCS:** Yes
**VICTIM ADVISED WARR PROCS:** Yes
    Domestic Info was Provided

**PERSONNEL ASSIGNED:**

**Assisting Detective / Youth In**
    DIAZ, Jose L
**Detective / Investigator**
    CASANOVA, Alice
**Reporting Officer**
    CORVERA, Angelica A     # 18598     BEAT: 1122

**WITNESS(ES):**

**HAYNES, Kristen**
Female / Black / 50 Years
**DOB:** 16-MAY-1968
**EMPLOYMENT:** Cps Teacher At Tilton Elem

**OTHER COMMUNICATIONS:**
    Phone - 312-501-0559
    Cellular :

**HAYNES, Kristen**
Female / Black / 50 Years
**DOB:** 16-MAY-1968
**BIRTH PL:** Illinois
**DESCRIPTION:** 5'05,210

**RES:** 1715 W Lake St
    Chicago IL 60612
    312-501-0559

**EMPLOYMENT:** Cps Teacher 4th Grade

**BUS:** 223 N Keeler Ave
    Chicago IL

**OTHER COMMUNICATIONS:**

|  |  |
|---|---|
| Phone - Residence: | 312-501-0559 |
| **DLN/ID:** | H52050168740 - IL |

**OTHER INDIVIDUALS INVOLVED:**

**CHAMP, Nakyya** ( Child At Risk )

Female / Black / 10 Years
**DOB:** 04-APR-2008
**RES:** 3817 W West End Ave 1
Chicago IL 60624
815-345-7037
**EMPLOYMENT:** Student

**GAINES, Asia** ( Person Reporting Offense )

Female / Black / 31 Years
**DOB:** 02-AUG-1987
**RES:** 3817 W West End Ave
Chicago IL 60624
815-345-7037

**PERSON REPORTING OFFENSE INJURIES**

**GAINES, Asia**

**CFD RESPONDING UNIT:**

**CRIME CODE SUMMARY:**
1750 - Offense Involving Children - Child Abuse
1710 - Offense Involving Children - Endangering Life / Health Of Child

**IUCR ASSOCIATIONS:** 1710 - Offense Involving Children - Endangering Life / Health Of Child

| | |
|---|---|
| CHAMP, Jomuary, J | ( Victim ) |
| HAYNES, Kristen, A | ( Offender ) |

1750 - Offense Involving Children - Child Abuse

| | |
|---|---|
| TYLER, Juanita, S | ( Offender ) |
| CHAMP, Jomuary, J | ( Victim ) |
| TYLER, Juanita, S | ( Offender ) |
| CHAMP, Nakyya | ( Child At Risk ) |
| GAINES, Asia | ( Person Reporting Offense ) |
| TYLER, Juanita, S | ( Offender ) |
| CHAMP, Jomuary, J | ( Victim ) |
| HAYNES, Kristen, A | ( Offender ) |

**ASSOCIATED ARRESTS:**
19707438
19709323

**INCIDENT NOTIFICATIONS:**
**NOTIFICATION DATE & TIME:** 09/20/2018:230600
**REQUEST TYPE:** Notification
**PERSON NAME:** Jodi,Grant
**STAR #:**

**EMP #:**
**NOTIFICATION DATE & TIME:** 09/20/2018:222000
**REQUEST TYPE:** Notification
**PERSON NAME:** ,Negrete
**STAR #:** 20630
**EMP #:**
**NOTIFICATION DATE & TIME:** 09/20/2018:223500
**REQUEST TYPE:** Request
**PERSON NAME:** ,
**STAR #:**
**EMP #:**

**REPORT DISTRIBUTIONS:** No Distribution

**INVESTIGATION:**

THIS IS AN AREA NORTH S.V.U. FIELD INVESTIGATION REPORT

R.D. NUMBER:
JB-444213

DATE, TIME OF OCCURRENCE:
20-SEP-2018 at 0845-0900 hours

DATE & TIME ASSIGNED:
21-SEP-2018 at 1600 hours (In-Box)

DATE, TIME, LOC. OF ARREST:
#1
HAYNES, Kristin A.
24-SEP-2018, 1435 hours, at 223 N. Keeler, Chicago, IL 60624 (Tilton Elem. School).

#2
TYLER, Juanita S. aka Angel
28-SEP-18, 1725 hours, at 3151 W. Harrison St., Chicago, IL 60612 (Police Station 011)

LOCATION OF OFFENSE:
Tilton Elementary School-CPS
223 N. Keeler Avenue, Chicago, IL 60624
773-534-6746

VICTIM:
CHAMP, Jomuary J.
DOB: 27-MAR-2009, M/1/9yo
3817 W. West End Avenue #1, Chicago, IL 60624
815-345-7037 mother's cell
Student at Tilton Elementary, 4th grade

MOTHER:
GAINES, Asia
DOB: 02-AUG-1987, F/1/31
3817 W. West End Avenue #1, Chicago, IL 60624
815-345-7037 cell

FATHER:
CHAMP, Joseph
DOB: 01-OCT-1988. M/1/30
773-627-4203

SIBLING(S) IN SAME HOUSEHOLD:
CHAMP, Nakyya, DOB: 04-APR-2008, F/1/10, S/A, Student at Tilton Elem. 4th grade, is in the same classroom with her brother/victim.

PROTECTIVE CUSTODY TAKEN:
No

CHILD WILL REMAIN AT HOME IN THE CARE OF:
GAINES, Asia, mother
(Demographics listed above)


BOTH OFFENDERS IN CUSTODY:
#1
HAYNES, Kristen A.
DOB: 16-MAY-1968, F/1/50
1715 W. Lake St., Chicago, IL 60612
312-501-0559
CPS Teacher
IR# 2386754
CB# 19707438
Arrested: 24-SEP-2018 at 1435 hours

#2
TYLER, Juanita S, aka Angel
DOB: 26-SEP-1962, F/1/56
3638 W. Thomas St., Chicago, IL 60651
Employed as CNA
IR# 1016558

SID# 32037870
FBI# 349293RA4
CB# 19709323
Arrested: 28-SEP-18 at 1725 hours

OFFENDER/VICTIM RELATIONSHIP:
#1-HAYNES, Kristen (teacher)/CHAMP. Jomuary (Student)
#2-TYLER, Juanita S. (Great Aunt)/CHAMP, Jomuary (Great Nephew)

CHARGES:
#1-HAYNES, Kristen A.
720 ILCS 5.0/12-3-A-2, Battery: Make Physical Contact
720 ILCS 5.0/12C-5-A-1, Cause Child to be Endangered

#2-TYLER, Juanita S.
720 ILCS 5.0/12-3.2-A-1, Domestic Battery: Bodily Harm

COURT BRANCH AND DATE:
#1-HAYNES, Kristen A.
Branch 43-2 at 3150 W. Flournoy St.
Date: 08-OCT-2018 at 0900 hours

#2-TYLER, Juanita S.
Branch 60-2 at 555 W. Harrison Street
Date: 24-OCT-2018 at 0900 hours

ARRESTING OFFICER(s):
#1-HAYNES, Kristin A.
Arrested by Det. Alice CASANOVA #20782 and Det. Jose L. DIAZ #21594

#2- TYLER, Juanita
Arrested by P.O. Manuel SOLIS #15093 and P.O. R. BLECHARCZYK #13030

INJURIES:
Linear marks and Abrasions on the back and thigh.
Minor scratch marks on the face.

MEDICAL TREATMENT:
West Suburban Medical Center
3 Erie Court, Oak Park, IL 60302
708-383-4200
Seen: 21-SEP-2018 at 1805 hours

WEAPON/ INSTRUMENT USED:
2 leather belts (brown and black in color)
Hands


MANNER:
Offender #1/ Teacher Kristen HAYNES provided offender #2/ Great Aunt: Juanita TYLER with two leather belts she got out of the classroom closet. Offender #1 forcibly escorted the victim along with offender #2 into the locked boy's bathroom. Offender #1 returned to her classroom and offender #2 stayed in the boys bathroom with the victim and the 2 leather belts. The victim was struck with the 2 leather belts about the body (back and leg). The victim had linear marks and abrasions on the left upper back and on the back of the upper right leg. The victim also had scratch marks on the face caused when slapped on the face by Offender #2 Great Aunt Juanita TYLER.

MOTIVE:
Excessive Corporal Punishment was administered by the great aunt (who had no parental rights) and this act was facilitated by the teacher who provided the belts.

PHOTO EVIDENCE TAKEN:
Report #379633
Overall and Close-up digital photo evidence of the victims left back and back of the upper right leg, along with pictures of the victim were taken.by E.T. Ashor WARDA #18586, Beat 5832, Unit 277, On 21-SEP-2018 at 0042 hours at the residence located at 3817 W. West End Apt #1, Chicago, IL 60624

R/D's took photos of the classroom #204, Closet, 2 leather belts (Brown and black on color) that hung in the classroom closet and the boys bathroom door with lock.


NOTIFICATIONS:
Special Victims Unit, Det. Zachery NEGRETE #20630

SCR & HOTLINE NUMBERS:
SCR#None
File#None
DCFS Intake #13621318

PERSONNEL ASSIGNED:
Beat 5375 Det. Alice CASANOVA #20782
Beat 5374 Det. Jose L. DIAZ #21594


D.C.F.S. INVESTIGATOR:
DCFS Inv. Deisy ANAYA
312-965-1775

INTERVIEWED:
#1
CHAMP. Nakyya, sister
(Demographics listed above)

#2
CHAMP, Jomuary, victim
(Demographics listed above)

#3
GAINES, Asia, mother
(Demographics listed above)


#4
TAYLOR, Tiara, maternal Aunt
DOB: 21-OCT-1988, F/1/29
5647 S. Throop St. #2, Chicago, IL 60636
773-598-6749

#5
CHAMP, Joseph, father
(Demographics listed above)


#6
Principal Sylvia HODGE
Tilton Elementary School
223 N. Keeler Avenue, Chicago, IL 60624
773-534-6746

#7
Assistant Principal Quishun ELROD
Tilton Elementary School
223 N. Keeler Avenue, Chicago, IL 60624
773-534-6746

#8
LITTLE, Jai Pierre, student
DOB: 17-OCT-08, M/1/9yo

#9
ATKINS, Kristen, student
DOB: 05-DEC-2007, F/1/10yo

#10
BRYANT, Koby, student

DOB: 31-JAN-2008. M/1/10yo

#11
BROWN, Keishaunna, student
DOB: 06-JAN-2009, F/1/10yo

#12
HAYNES, Kristen, Teacher/offender #1
(Demographics listed above)

#13
TYLER, Juanita, Great Aunt/offender #2
(Demographics listed above)

INVESTIGATION:
R/O's responded to a call of a battery report at the above location. Upon arrival, R/O's met with Asia GAINES (person reporting the offense) and mother of Jomuary CHAMP (victim) who stated that when the victim arrived at their residence after school, victim related to his mother that while at school he was taken to a bathroom by an unknown female and his 4th grade teacher Ms. HAYNES (witness) and was then struck repeatedly about the body with a belt and hand. victim related to R/O's that his teacher and the unknown female physically pulled him from his classroom into a bathroom, on the floor above, where his teacher gave the unknown female a belt. The victim then related that the unknown female struck him about the face with her hand and instructed him to pull down his pants. The victim related that his teacher left the bathroom at some point and the unknown woman continued to strike the victim with a belt about his back side and grab the victim's clothes in attempt to prevent the victim from leaving. The victim related that at some point the unknown female instructed the victim to go back to his classroom and he did. The victim's sister Nikyya CHAMP related that she was present when the victim was taken away from his classroom. After school, GAINES attempted to contact the victim's school, to no avail. GAINES then learned from other unknown witnesses that Juanita TYLER (offender) was the offender. The offender is a paternal great aunt that had no previous contact with the victim but has a personal relationship with the victim's teacher. GAINES then contacted HAYNES directly via her cellphone to inform HAYNES about the incident, which then HAYNES repeatedly apologized. GAINES refused medical attention on the victim's behalf. VIN/DIN issued. DCFS intake ID# 13621318. CPS student safety center notified Santino at 2230 hrs.

On 21-SEP-2018 at 1600 hours, R/D was assigned, through the normal CMO case distribution channels, to conduct a follow-up investigation into the above Offense Involving Children: Child Abuse case report.

GAINES, ASIA, mother
On 21-SEP-2018 at 1700 hours, R/D called Asia GAINES, the mother of Jomuary CHAMP, who related that on 20-SEP-2018 there was an incident involving her son Jomuary CHAMP. GAINES learned about the incident after school at approximately 1615 hours. GAINES relates that her son was pulled out of class and taken to the bathroom by an unknown female now known as Juanita TYLER (26-SEP-62, M/56), who is the father's Aunt. GAINES relates that her son has linear marks on his left upper back and on his right upper thigh. The redness is gone but it still hurts him. DCFS Deisy ANAYA 312-965-1775 is the assigned DCFS investigator and told GAINES to take Jomuary to the hospital to be checked. GAINES took her son to West Suburban Hospital. GAINES relates that the teacher Ms. K. HAYNES spoke with the father: Joseph CHAMP (DOB: 19-JAN-1988, M/1/30) the day before this incident. GAINES relates that Jomuary's father does not live with her and she does not know where he lives. GAINES spoke with the father Joseph CHAMPS about the incident in school involving her son and Joseph related that he never gave his Aunt (Juanita TYLER) permission to whoop their son Jomuary CHAMP. GAINES relates that she called the school (Tilton Elementary) and spoke with Ms. K. HAYNES who was very apologetic. GAINES does not know why Ms. K. HAYNES (teacher) would allow Juanita TYLER, who is not an immediate family member or a listed as guardian, to come to the school and just whoop (hit) her son Jomuary CHAMP in the locked boy's bathroom. GAINES said that the teacher Ms. K. HAYNES provided the belts to Juanita TYLER. GAINES relates that a CPD Evidence Technician took photos of Jomuary's injuries. GAINES relates that her daughter Nikyya CHAMPS is in the same classroom and witnessed the teacher (K. HAYNES) pulling her brother out of the classroom. GAINES wants to press charges and will cooperate with the investigation. R/D made arrangements with GAINES to come to the residence later in the evening to interview the children (Jomuary CHAMP and Nakyya CHAMP).

On 21-SEP-2018 at 2025 hours, R/D's CASANOVA#20782 and DIAZ#21594 relocated to the victim's residence at 3817 W. West End Avenue #1 and met with the mother Asia GAINES who allowed R/D's into the home to interview her children (Jomuary and Nakyya CHAMP) independently. Also present in the home was the maternal Aunt Tiara TAYLOR.

CHAMP. Nakyya, sister
On 21-SEP-2018 at 2026 hours, R/D's CASANOVA and DIAZ#21594 spoke independently with Nakyya CHAMP (DOB: 04-APR-2008, F/1/10yo). Nakyya is in the same 4th grade classroom as her brother Jomuary CHAMP. Nakyya relates that her teacher's name is Ms. K. HAYNES. On said day of the incident involving her brother, Nakyya relates that the students were in the classroom. Nakyya relates that her brother was outside the classroom and had not yet come inside the classroom. Jomuary was at the classroom door with this unknown lady (now known as Juanita TYLER) and Ms. K. HAYNES (now known as teacher: Kristen HAYNES). Nakyya was near the front of the classroom and was able to see her brother Jomuary CHAMP, Ms. K. HAYNES and this unknown lady (now known as Juanita TYLER). Nakyya asked the adults at the door, what he do, meaning what did her brother Jomuary do.  Nakyya said Ms. K. HAYNES came back inside the classroom and grabbed 2 leather belts, a brown and a black belt. These belts were hung in the classroom closet. Ms. K. HAYNES then walked out of the classroom to the hallway. Nakyya got out of her seat to look. The teacher Ms. K. HAYNES and this lady (Juanita TYLER) each grabbed one of Jomuary's arms and were walking and dragging her brother Jomuary to the boy's bathroom. Jomuary was crying and screaming. Ms. K. HAYNES returned to the classroom. The lady (Juanita TYLER) stayed in the bathroom with her brother. Nakyya could hear Jomuary screaming and

saying he wants his momma. Nakyya states that Ms. K. HAYNES called this lady who came to school to whoop her brother Jomuary over something that had happened in school the day before/yesterday. Nakyya states that she does not know this lady.

CHAMP, Jomuary, victim
On 21-SEP-2018, R/D's CASANOVA and DIAZ spoke independently with the victim Jomuary CHAMP (DOB: 27-MAR-2009, M/1/9yo). Jomuary is in the 4th grade, in room 204 with Ms. K. HAYNES. Jomuary relates that this incident occurred on Thursday, 20-SEP-2018, in the morning before breakfast, just before school started. Jomuary stated that everyone was in the classroom and he was in the hallway getting ready to enter his classroom when this unknown lady (now known as Juanita TYLER) pulled on him and kept him from entering the classroom and his teacher Ms. K. HAYNE was present. Jomuary said Ms. K. HAYNES grabbed 2 belts from the classroom closet. Jomuary relates that TYLER pulled him towards the bathroom and he tried to pull away. Jomuary relates that Ms. K. HAYNES and TYLER both carried him to the boy's bathroom. TYLER told Jomuary that she knew what he did and slapped him in the lip. Jomuary related that Ms. K. HAYNES was present when TYLER slapped him again. Jomuary said that Ms. K. HAYNES said to him, are you calling me a liar, while TYLER was present in the bathroom. Jomuary said Ms. K. HAYNES gave TYLER 2 belts from the closet. Jomuary relates that these belts are used to scare the kids and Ms. K. HAYNES calls the belts Ms. Brown (brown leather belt) and Ms. Black (black leather belt). Jomuary relates that on the day before, a student in class was clowning around and he got caught laughing by the teacher (Ms. K. HAYNES). HAYNES told Jomuary to get his book bag and to go to the hallway. Jomuary returned back to the classroom. Jomuary relates that Ms. K. HAYNES has belts in the classroom closet and has opened the closet door and has told the kids in the classroom that these belts are for the parents to use when kids are bad. Jomuary relates that on other occasions he has seen other student in the classroom get wacked by Ms. K. HAYNES with a ruler on their leg but they just laugh. Jomuary relates that this was the first time during this incident that he saw Ms. K. HAYNES take out the belts. Jomuary relates that Ms. K. HAYNES opened the locked boy's bathroom door with a key and only he and Juanita TYLER were present in the bathroom. Juanita TYLER told Jomuary to pull down his pants so she could discipline him and he responded NO. TYLER had both belts in one hand and started hitting Jomuary on the legs, butt and back. Jomuary relates that he cried and said I want my momma and TYLER responded I am your momma. Afterwards, TYLER walked the victim out of the bathroom and back to the classroom. Jomuary was crying and TYLER hit him one more time with the belt on the leg as he put his book bag on his back and then was slapped on the face. As Jomuary was walking back to his classroom with TYLER, Ms. K. HAYNES said he was laughing and TYLER slapped him again on the face, TYLER walked Jomuary into class and Jomuary walked to his seat. Jomuary said he was crying at his desk as TYLER walked away and Ms. K. HAYNES came back into the classroom. A visual check of Jomuary was done by Det. DIAZ and CASANOVA and it showed 2 linear marks on the left back area and 2 faint marks on the back of the right upper leg, his buttocks were sore and he had 2 minor scratches on the right cheek from being slapped.


TAYLOR, Tiara, Maternal Aunt
On 21-SEP-2018, R/D's CASANOVA and DIAZ spoke with the maternal Aunt Tiara TAYLOR (DOB: 21-Oct-1988, F/29, 5647 S. Throop #2, Chicago, IL 60636, 773-598-6749) who picked up Jomuary and Nikyya CHAMP from school at about 1600 hours because the mother works. Tiara also picks up her children (Kristen AKINS, DOB 05-Dec-2007, F/10, 5th grade and Zaniah MANN,

DOB: 07-Dec-2011, F/6, room 212, 1st Grade). Tiara relates that during the car ride, as she was driving away from the school, Jomuary told her that some lady whooped him. This lady told Jomuary to pull down his pants and she hit him in the mouth and with a belt about the body. Tiara immediately called his mother Asia GAINES to inform her about Jomuary and this lady who whooped him in school.

GAINES, Asia, mother
On 21-SEP-2018, R/D's CASANOVA and DIAZ spoke with the mother Asia GAINES who relates that upon learning of the incident with her son Jomuary CHAMP she called the teacher Ms. K. HAYNES an asked her why she would allow a lady to hit her son who now has marks. GAINES states that HAYNES repeatedly said that she was so so sorry. GAINES relates that Jomuary was acting badly in school the day before and Ms. K. HAYNES she had Jomuary speak with his father who was at work and Jomuary told him what happened in the classroom and his father told Jomuary that he was not going to get a whooping for the incident. When the teacher tried to call the father back he didn't answer the call. GAINES relates that the school has the authorization to call the mother, father or Aunt Tiara TAYLOR for any problems and/or emergencies in school. GAINES relates Ms. HAYNES continued to be apologetic. GAINES relates that HAYNES tried getting a hold of the father by texting him and also texted the paternal grandmother via Facebook to get help in reaching the father to discuss Jamuary's behavior. HAYNES somehow reached the father's Aunt Juanita TYLER. GAINES relates that the father Joseph CHAMP never gave his Auntie Juanita TYLER permission to hit their son Jomuary CHAMP. GAINES asked the teacher Ms. K. HAYNES why she did not call her if she could not reach the father. GAINES also did not understand why HAYNES would allow Juanita TYLER to come to school on Jomuary's behalf and why she would provide her with a belt. GAINES relates that the Principal was on the other side of the school building when this incident with her son occurred. Principal Sylvia HODGE told Asia GAINES that Juanita TYLER had a visitor's pass and Ms. HAYNES said TYLER knew the family. Principal HODGE told GAINES that she heard what happened to Jomuary CHAMP through the CPS Safety Administrative Law Unit. GAINES took her son to West Suburban Hospital Emergency Room on 21-Sep-2018 at 1805 hours (Medical Record#1346579/Adm# 00077070837). The mother Asia GAINES provided R/D's with the father's name as Joseph CHAMP and also his demographics but she did not know his address. GAINES knows that the father lives on the west side. Asia GAINES rarely sees the father. GAINES relates that the father pays child support and has visitation with the children. GAINES relates that she does not have a good relationship with the father.

Photos of the victim's injuries were taken on 21-Sep-2018 by Evidence Technician Ashor WARD #18586 at the victim's residence located at 3817 W. West End. These photos are recorded under Report #379633.

Tilton Elementary School Principal is Sylvia HODGE ELROD (223 N. Keeler Avenue, Chicago, IL 60624, 773-534-6746)

On 24-Sep-2018 at 1200 hours, R/D's CASANOVA and DIAZ arrived at Tilton Elementary School located at 223 N. Keeler Ave., Chicago, IL 60624, 773-534-6746, and met with Assistant Principal Quishun ELROD who informed R/D that the Principal was not available. ELROD provided R/D's with the use of the School Parent Room #114 to conduct the following interviews. ELROD was not

familiar with the incident but was very accommodating and cooperative with the investigation. ELROD selected (4) random students that were present on the day of the incident with Jomuary CHAMP. Each student interview was conducted independently and present for these interviews were Det. CASANOVA #20782, Det. J. DIAZ #21594 and Assistant Principal ELROD.

LITTLE, Jai Pierre, student
On 24-SEP-2018 at 1241 hours R/D's CASANOVA and DIAZ along with Assistant Principal ELROD were present for the interview of Jai Pierre LITTLE who is 9 years old (DOB: 17-OCT-2008). He is a student at Tilton Elementary School and is in classroom #204 with teacher Ms. K. HAYNES. Jai Pierre relates that on the first day of school Ms. K. HAYNES opened the classroom closet door and showed the students 2 leather belts that hung on the closet door. Ms. K. HAYNES said if you are bad I got permission from the parents to use them on you for discipline. Jai Pierre related that the belts had names as follows: the brown leather belt was called Mrs. BROWN and the black leather belt was called Mrs. BLACK. Ms. K. HAYNES said that if the students were really bad she would bring the long belt from home called Mr. WHITE.

ATKINS, Kristen, student
On 24-SEP-2018 at 1246 hours R/D's CASANOVA and DIAZ along with Asst. Principal ELROD were all present for the interview of Kristen AKINS who is 10 years old (DOB: 05-DEC-2007). She is in the 4th grade and her teacher in the morning is Ms. K. HAYNES in room #204. In the afternoon Kristen has Ms. Charlene HANES in room #202. In reference to Ms. K. HAYNES she has heard from other kids that if you're misbehaved she has belts in the closet and she will notify the parents and let them take care of business with the belts.

BRYANT, Koby, student
On 24-SEP-2018 at 1253 hours R/D's CASANOVA and DIAZ along with Asst. Principal ELROD were all present for the interview of Koby BRYANT who is 10 years old (DOB: 31-JAN-2008). Koby is in 2 classrooms, they are split classes. Koby has Ms. K. HAYNES for math in the morning in room 204 and has Ms. C. HANES in the afternoon in room 202. In reference to Ms. K. HAYNES she has told the students if they are bad she will call the parents or guardian and said she also had permission to pop them with the belts.

BROWN, Keishaunna, student
On 24-SEP-2018 at 1259 hours R/D's CASANOVA and DIAZ along with Asst. Principal ELROD were all present for the interview of Keishaunna BROWN who is 10 years old (DOB: 06-JAN-2009). Keishaunna is in Room 204 with Ms. K. HAYNES (teacher). Keishaunna relates that if the students are bad they are suspended for up to 2 days and if they are very bad the parents are called. Keishaunna has heard about the belts in the classroom and relates that Ms. K. HAYNES has the belts and they are kept in the classroom closet and Ms. K. HAYNES provides the belts to the parents. On said day of the incident with Jomuary, Keishaunna relates that she saw a little part of the belt when Ms. K. HAYNES got it out of the closet for the parent to use on a student, adding long time ago.

The Assistant Principal then escorted R/D's CASANOVA and DIAZ to classroom #204 where the class closet was found to be locked also the boy's bathroom was found locked.

CHAMP, Joseph, father

On 24-SEP-2018, R/D DIAZ made numerous attempts to reach the father Joseph CHAMP who finally called back at 1314 hours and confirmed that he never gave consent to his Aunt Juanita TYLER to come to the school to hit his son Jomuary CHAMP. Joseph said that he had spoken to his son the day before and told his son that everything would be ok.

HAYNES, Kristen, teacher/offender #1
On 24-Sep-2018 at 1330 hours, R/D's CASANOVA and DIAZ met with teacher Kristen HAYNES from classroom # 204. R/D CASANOVA read Kristen HAYNES her Miranda rights/warnings with Det. DIAZ present at 1331 hours. HAYNES understood each right and agreed to speak with R/D's CASANOVA and DIAZ. Kristen HAYNES relates that she has 2 masters/graduate degrees and 1 bachelors/undergraduate degree in Education. HAYNES teaches Math and Science in Room 204 at Tilton Elementary School. HAYNES relates that the incident with Jomuary happened on Thursday 20-Sep-2018. Jomuary CHAMP was being disruptive in the classroom on Wednesday 19-Sep-2018. HAYNES relates that Jomuary's bad behavior has been going on since the first week of school. On Wednesday 19-Sep-2018 HAYNES had a conference with the mother regarding Jomuary who put the father also on speaker phone and told him that Jomuary was at it again and that they needed to meet with the teacher. HAYNES got the father's number and texted the father who did not show up on Thursday 20-Sep-2018. HAYNES went into more details about what happened with Jomuary on Wednesday, 19-Sep-18, saying that Jomuary was disruptive in class and always wants to have the last word. Jomuary had gotten tally marks and she told him to call his father on the school phone in the classroom and while he made the call she continued to teach the class. Jomuary talked to his father and then hung up before HAYNES could speak with him. Jomuary told HAYNES that his father said that he was not getting a whopping. HAYNES got up to call the father and got no answer. HAYNES told two students to take Jomuary to the office but they returned to the classroom with Jomuary who was asking for his book bag. HAYNES told Jomuary that Security will get it for him. HAYNES sent the father a text message and also sent a message to the grandmother about trying to get in contact with the father. HAYNES also told Aunt Angel TYLER (now known as Juanita TYLER aka Angel) that she needed to get a hold of the father to talk about Jomuary's behavioral problems. Angel TYLER came to school on Thursday 20-Sep-18 at approximately 0843 hours and class was scheduled to begin at 0845 hours. HAYNES told School Security that she was expecting a parent for student Jomuary CHAMP and when Angel TYLER arrived she signed in and was given a pass to come to Room 204. When Angel came up to the classroom #204, she was speaking with Nakyya and Jomuary CHAMP. Ms. K. HAYNES was opening the class closet because a student needed to put up their cell phones and that's when her belts fell out of the closet. HAYNES said she picked up the belts and Angel TYLER asked to use the belts. HAYNES then relates that TYLER came back to the classroom with Jomuary laughing and joking as she was taking attendance and said I'll be back and will bring you some money. When HAYNES was confronted by R/D's about what Jomuary had said HAYNES then changed her story and said she did go down to the boys bathroom and added that the belts are kept in her closet. HAYNES said parents come up to the school and need to borrow the belts to discipline their kids. HAYNES then said parents use the belts to only intimidate their kids. HAYNES never thought that Angel (Juanita TYLER) was going to hit Jomuary CHAMP. HAYNES relates that she was finding a room to allow Angel and Jomuary to talk and they used the boy's bathroom where Angel was with Jomuary. HAYNES then said she escorted Angel and Jomuary and unlocked the boy's bathroom for them. HAYNES denies hearing Jomuary screaming. HAYNES confirms that Angel asked to see the belts. HAYNES gave Angel the two belts she called Mrs. Black and Mrs. Brown.

HAYNES was aware that Jomuary's great Aunt was not an authorized guardian for Jomuary and Nakyya. HAYNES denied seeing Angel slapping Jomuary. HAYNES relates that she was multi-tasking in the classroom and when Angel came, Angel was hugging the kids (Jomuary and Nakyya). HAYNES relates that she has known Juanita TYLER only as Angel TYLER which is the name she uses on Facebook. HAYNES relates that she was trying to reach Jomuary's grandmother Mona and instead got Angel who said she would come to the school and speak with Jomuary about his behavior. HAYNES said the morning school routine is for the students to have breakfast then they come to class by 0845 hours where she collects the student's cell phones and homework. HAYNES again was confronted about the facts not matching and she then told R/D's that she will tell them what really happened. HAYNES said on said day of the incident, HAYNES relates that Jomuary had come late to the classroom and was coming from the other end of the stairs, Angel (Juanita TYLER) and HAYNES were standing by the door as the late students were entering the classroom. Angel talked to Jomuary about his behavior at which time HAYNES entered the classroom to handle the morning classroom routine and the belts fell out of the closet and she picked them up. HAYNES relates that Nakyya talked to Angel then hugged her. Angel then told HAYNES let me see them belts and let me talk to Jomuary. HAYNES said she escorted Angel and Jomuary to the boys bathroom and unlocked the door for Angel. HAYNES again denied hearing Jomuary screaming. HAYNES then admitted and agreed by nodding her head forward and saying yes, that she had called Angel via Facebook and allowed her to come to the school to talk about Jomuary's behavior and allowed Angel to discipline Jomuary by providing Angel with the belts and even helped Angel to take Jomuary to the bathroom that was locked and she unlocked the boys bathroom door for Angel and Jomuary. HAYNES still denied seeing the victim slapped by Angel and denies hearing Jomuary crying and screaming and then took back that she had touched or grabbed the victim or taking him to the bathroom with Angel and said she did not see Jomuary crying. In fact, HAYNES said after Angel and Jomuary returned to the classroom he was laughing and sat at his desk to eat breakfast and was acting his normal self. HAYNES then denied calling the mother to apologize. HAYNES then said she was told not to speak with the mother while this matter was under investigation. HAYNES relates that she agreed to come back to school but was to have no contact with the Jomuary who wasn't present in school today (24-Sep-2018) so she resumed her classroom. HAYNES relates that she has known Jomuary since he was in Kindergarten and loves him. HAYNES relates that some parents have come to school and take these students to the bathroom. HAYNES then admitted she did retrieved the belts from the closet in room 204 and also said she went to boy's bathroom with Angel and left Jomuary with her and returned back to her classroom. HAYNES went back and forth with her story but ultimately admitted to her participation. HAYNES related that the two belts were still in her classroom closet and agreed to accompany and open this locked closet for R/D's CASANOVA and DIAZ. HAYNES confirmed that the belts were called Mrs. Black and Mrs. Brown. Photos of the classroom and the belts in the closet were taken. The belts were recovered as evidence and inventoried. R/D's and HAYNES returned to the School Parent Room and HAYNES was placed under arrest at 1435 hours. R/D's on the way out of the school passed the security desk and obtained a copy of the sign-in log for 20-Sep-2018 which showed that offender #2 Aunt Juanita Tyler had signed the log to visit room 204. R/D's transported arrestee/teacher Kristen HAYNES to Area North Detective Division at 1438 hours. R/D's CASANOVA and DIAZ arrived at the Area North Det. Div. with Kristen HAYNES at 1515 hours and placed her in holding Room E while processing her, then sent her to the lock-up. HAYNES was allowed to use the bathroom and was offered chips and water. R/D's left the holding room door cracked open because HAYNES felt a little claustrophobic with the door closed.

On 24-Sep-2018 at 1723 hours, a Progress Supplementary Report was generated to include CPS teacher Kristen HAYNES as an offender in this case and not a witness because she had assisted in carrying the victim to the bathroom along with offender#2/Juanita TYLER and had provided the belts to TYLER which endangered the victim's life.

Offender #1/teacher Kristen HAYNES was charged with Battery: make physical contact and Endangering life/health of a child. Court Branch 43-2 on 08-Oct-2018.

The (2) leather belts (Black and Brown in color) were inventoried under Inventory# 14270308 on 24-Sep-2018.

From the above investigation, R/D's CASANOVA and DIAZ were able to identify offender #2 who is the fathers Aunt Juanita TYLER aka Angel.

On 27-Sep-2018 at 1745 hours, R/D's CASANOVA and DIAZ relocated to 3638 W. Thomas, the residence of Juanita TYLER. R/D's repeatedly knocked on the door and an unknown woman answered from behind the door but she refused to open the door for the police. R/D ran several vehicle plate numbers parked in front of the residence and were able to identify which vehicle that belonged to Juanita TYLER (A Mercury Milan with IL Plate # AT79599). R/D's then enlisted help from the CPD Fugitive Apprehension Unit (FAU) to locate and apprehend Juanita TYLER (DOB: 26-SEP-1962, F/1/56, 3638 W. Tomas St. #2, Chicago, IL 60651, IR# 1016558).

On 28-Sep-2018, R/D's were notified by the FAU P.O. Manny SOLIS that Juanita TYLER had turned herself into custody at 3151 W. Harrison Street at 1725 hours for an incident (Domestic Battery) that occurred at Tilton Elementary School on 20-Sep-2018 that involved victim/student Jomuary CHAMP M/9yo.

R/D's CASANOVA and DIAZ relocated to 3151 W. Harrison St. to interview offender #2/Paternal Great Aunt: Juanita S. TYLER aka Angel.

TYLER, Juanita, great aunt/offender #2
On 28-Sep-2018 at 1832 hours R/D CASANOVA gave Juanita TYLER her Miranda Warnings while Det. Jose DAIZ was present. TYLER understood each right and agreed to speak with R/D's CASANOVA and DIAZ. TYLER relates that the teacher Kristen HAYNES contacted her on Facebook because she was trying to get in touch with the family of student Jomuary CHAMP. The school had been dealing with her nephew's (Jomuary's) behavioral problems for the past 2.5 years and wanted to reach the father Joseph CHAMP. TYLER relates that she is the father's Aunt and that he has two children named Nakyya and Jomuary CHAMP. Juanita said Joseph is her sister's son which is her nephew. TYLER relates that she has known teacher Kristen HAYNES since they were kids and they are good friends. TYLER said that she last saw Nakyya and Jomuary about 6 months ago at a family dollar store. TYLER said she is the great Auntie to the children. TYLER relates that the father Joseph came to her place on Thomas Street and told her about a place for treatment at Garfield Park Hospital for Jomuary's behavioral problems which are becoming more of an emergency matter at school. TYLER relates that the father wanted TYLER to go with him to the school. TYLER calls the father Joseph CHAMP by the nickname Chub Chub. TYLER said that the mother was not getting along with the father. TYLER said that she agreed to meet the father at school to speak with the teacher regarding Jomuary's behavior. TYLER waited outside of the

school then decided to enter the school to check if the father had arrived. TYLER said she saw the Principal who greeted her with a handshake. TYLER said the Principal was glad that she was at the school to address the matter involving her out of control nephew Jomuary CHAMP. TYLER said the principal and security gave her a visitor's pass and she signed the log at the security desk. TYLER relates that a big lady with glasses directed her to the stairs. TYLER took the stairs up to classroom #204. TYLER relates that the students hadn't come into the school classroom yet. TYLER was already at the classroom door with the teacher Ms. K HAYNES. As Jomuary approached the classroom door Ms. HAYNES put her hand on Jomuary's face and mouth and told him to be quiet. TYLER told HAYNES don't do that. HAYNES said she had permission from the parents to whoop these kids. TYLER told her don't do it. TYLER denied hitting Jomuary with her hands or belt. Ms. K. HAYNES told Juanita TYLER do you need a belt and got 2 belts. Again TYLER denies hitting Jomuary. TYLER said she went to the bathroom because she had to piss. TYLER said I swear to god I didn't hit the kid (Jomuary) and continued to repeatedly deny hitting him. TYLER then admits being in the bathroom with Jomuary to talk with him so he would not be embarrassed and so that he would not run out. TYLER said that teacher HAYNES stayed outside the bathroom door and yes she opened the bathroom door with a key for her. TYLER said if there's video, show me because you will see me holding her great nephews (Jomuary) hand and he had stopped crying and said she told him she was just there to talk to him. TYLER kept saying she was just talking to Jomuary in the bathroom. When R/D's asked about using the belts and slapping Jomuary CHAMP, Juanita TYLER said I don't recall doing it. R/D's told TYLER that students saw her take the belts. TYLER then admitted having the belts with her but said she was only using them to scare him (Jomuary). TYLER said that her nephew who is Jomuary's father, who she calls Chub Chub, told her about Jomuary's behavioral problems and how he wasn't listening to no one. TYLER said that's why she was at the school and that's why she took Jomuary to the bathroom to talk with him and not embarrass him in front of his class. TYLER said she took the belts to the bathroom and said she asked Jomuary, do they hit you with the belts. TYLER was crying throughout the interview and when asked if she didn't hit Jomuary then how did he get the linear marks on his back and legs. TYLER would not answer any more questions at which time R/D's CASANOVA and DIAZ terminated this interview.

Juanita TYLER was charged with Domestic Battery and sent to Bond Court on 29-Sep-2018 followed by a Court Date on 24-Oct-2018, Branch 60-2.

Base on the above investigation, R/D is requesting this case be classified: CLEARED and CLOSED by ARREST AND PROSECUTION.

Report of:
Detective Alice Casanova #20782
Detective Jose Diaz #21594
Area North Detective Bureau
Special Victim's Unit