# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Asia Gaines

                         Plaintiff,

v.                                                  Case No.: 1:19–cv–00775
                                                              Honorable Matthew F. Kennelly

Chicago Board Of Education, et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 9, 2024:

         MINUTE entry before the Honorable Matthew F. Kennelly: Plaintiff's motion for leave to file [401] is granted. Plaintiff's unopposed motion to compel [400] is also granted. Defendant Chicago Board of Education is directed to disclose the material sought in the motion. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.