IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ASIA GAINES, for herself and as next friend of her minor child, "JC," | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 19-cv-00775 |
| v. | ) ) | Judge John Z. Lee |
| THE CHICAGO BOARD OF EDUCATION; KRISTEN A. HAYNES; and JUANITA TYLER, | ) ) ) ) | Magistrate Sheila M. Finnegan |
| Defendants. | ) ) | **Jury Demand** |

## PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL

Pursuant to Local Rule 26.2, Plaintiff hereby moves for leave to file under seal Exhibit 2 attached to her Motion for Leave to Amend. In support, Plaintiff state as follows:

1. To her Motion for Leave to Amend, Plaintiff attached Exhibits 1 and 2. Exhibit 2 contains sensitive information about investigations into the incident underlying this case, including the names of individuals involved. Defendant Board marked all of Exhibit 2 "confidential" when it produced the document in discovery in this case.

2. Plaintiff attached a completely redacted version of Exhibit 2 to her Motion to Amend. Upon filing, Plaintiff will email the Court and counsel a courtesy copy with unredacted Exhibit 2 attached.

Wherefore, Plaintiffs respectfully request 1) leave to file Exhibit 2 and 2) any other or further relief that the Court deems just.

| | |
|---|---|
| Date: August 15, 2024 | Respectfully submitted, |
| | By: /s/ *Maria Makar* |
| | Maria Makar |

Al Hofeld, Jr.
Zach Hofeld
LAW OFFICES OF AL HOFELD, JR., LLC
30 N. LaSalle Street, #3120
Chicago, Illinois 60602
(773) 241-5844
Fax - 312-372-1766
al@alhofeldlaw.com

Julia Rickert
Maria Makar
LOEVY & LOEVY
311 N. Aberdeen, Third Floor
Chicago, IL 60607
(312) 243-5900
makar@loevy.com

*Counsel for Plaintiffs*

2