# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Asia Gaines

                              Plaintiff,

v.                                                         Case No.: 1:19–cv–00775
                                                                         Honorable Matthew F. Kennelly

Chicago Board Of Education, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 16, 2024:

      MINUTE entry before the Honorable Matthew F. Kennelly: In person pretrial conference and motion hearing held on 8/16/2024. Rulings made on the issues in the parties' status reports except Issue 1. Oral argument heard and ruling made on the plaintiff's motion to compel [403]. The plaintiff's motion to compel [403] is granted for the reasons stated in open court. The response to the plaintiff's motion to amend/correct proposed pretrial order [407] is due 8/21/2024. The response is limited to 8 pages. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.