# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Asia Gaines

          Plaintiff,

v.                 Case No.: 1:19–cv–00775
                Honorable Matthew F. Kennelly

Chicago Board Of Education, et al.

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 10, 2024:

   MINUTE entry before the Honorable Matthew F. Kennelly: Jury trial held on 9/10/2024. Defendants' oral motion for mistrial is denied for the reasons stated in open court. Plaintiff's motion in limine to bar [432] is granted. Evidence entered. Jury trial is continued to 9/11/2024 at 9:00 a.m. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.