# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ASIA GAINES, for herself and as next friend of her minor child, "JC," | )<br>)<br>) |
| Plaintiffs, | ) Case No. 19-cv-00775 |
| v. | )<br>) Judge Matthew F. Kennelly |
| THE CHICAGO BOARD OF EDUCATION; KRISTEN A. HAYNES; and JUANITA TYLER, | )<br>)<br>) |
| Defendants. | ) |

## ORDER

All counsels of record are permitted to have beverages and food delivered or brought into the Courthouse for the duration of the jury trial, which is expected to last until September 17, 2024.

DATE: 9/10/2024

_____
Hon. Judge Matthew Kennelly
United States District Court