# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Asia Gaines,

Plaintiff(s),

v.

Chicago Board of Education, Kristen A. Haynes, and Juanita Tyler,

Defendant(s).

Case No. 19 C 775
Judge Matthew F. Kennelly

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $        ,

which ☐ includes    pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Judgment is entered on plaintiff's amended complaint dismissing Count 1 (Monell claim under 42 USC 1983); in favor of defendant Kristen Haynes against plaintiff on Count 2 (4th and 14th Amendment claim under 42 USC 1983); in favor of plaintiff against defendant Kristen Haynes on Count 3 (14th Amendment claim under 42 USC 1983) ; dismissing Count 4 (state law assault claim); in favor of plaintiff against defendant Juanita Tyler and in favor of defendants Kristen Haynes and Board of Education on Count 5 (state law battery claim); in favor of plaintiff against defendants Kristen Haynes / Juanita Tyler / and Board of Education on Count 6 (state law intentional infliction of emotional distress claim); in favor of defendants Kristen Haynes and Board of Education on Count 7 ( state law aiding and abetting battery claim); in favor of plaintiff against defendants Kristen Haynes / Juanita Tyler / and Board of Education on Count 8 (state law civil conspiracy claim); dismissing Count 9 (respondeat superior) as an independent claim because it is incorporated in the judgment on the underlying claims; and in favor of plaintiff against defendant Board of Education on Count 10 (indemnification) to the extent defendant Kristen Haynes is liable. Compensatory damages in the amount of $750,000 are awarded against all defendants jointly and severally.

This action was *(check one)*:

☐ tried by a jury with Judge ____ presiding, and the jury has rendered a verdict.
☐ tried by Judge ____ without a jury and the above decision was reached.
☒ decided by Judge Matthew F. Kennelly on a motion

Date:  9/18/2024                                Thomas G. Bruton, Clerk of Court

                                                Melissa Astell , Deputy Clerk